# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK
### • 445 Broadway; Albany, NY. 12207-2936 •

LAW CASE NO. <u>1776-1789-1791-2019</u>

## JURISDICTION NATURAL LAW

𝔚E THE 𝔓EOPLE

𝕌nified 𝕌nited 𝕊tates 𝕔ommon 𝕃aw 𝔾rand 𝔍ury;  𝔖ureties of the 𝔓eace
P.O. Box 59, Valhalla, NY 10595; Fax: (888) 891-8977.

AL, AK, AZ, AR, CA, CO, CT, DE, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI, WY:

- Against -

**DEFENDANTS:**

       United States Supreme Court c/o Chief Justice John G. Roberts, Jr.
       224 East Capitol St. N.E.; Washington, D.C. 20003

       United States Court Of Appeals c/o Chief Judge Robert A. Katzman
       Thurgood Marshall US Courthouse, 40 Foley Square Ste 1, NY, NY 10007

       Federal Judiciary c/o U.S. Attorney's Office
       445 Broadway, Room 218; Albany, NY 12207-2924

       US Senate c/o Chairman Lindsey Graham, Judiciary Committee
       290 Russell Senate Office Building; Washington DC 20510

       US House c/o Doug Collins, Ranking Member Judiciary Committee
       730 12th St NW Washington D.C., DC 20005,

**COPIED:**    President Donald J. Trump, the White House
       1600 Pennsylvania Avenue NW; Washington, DC 20500

       Attorney General William Bar, U.S. Department of Justice;
       950 Pennsylvania Avenue, NW; Washington, DC 20530-0001

i

# TABLE OF CONTENTS

NON-STATUTORY COVER SHEET — COVER

LETTER TO CLERK ON FILING — 2 PAGES

FILE ON DEMAND — 2 PAGES

COVER PAGE — PAGE i

TABLE OF CONTENTS — PAGE ii

MEMORANDUMS — PAGE iii

LIST OF DOCUMENTS — PAGE iv

LIST OF EVIDENCE — PAGE iv

LIST OF HABEAS CORPUS — PAGE v

LIST OF NON-JUDICIAL FORECLOSURES — PAGE v

INDICTMENTS — PAGE vi

---

DECLARATION OF RESTORATION OF THE LAW OF THE LAND — PAGE 1
UNALIENABLE RIGHT OF SELF RULE — PAGE 2
JURISDICTION - NATURAL LAW — PAGE 4
THE GRAND JURY IS PARAMOUNT — PAGE 5
THE PEOPLE HAVE BEEN PROVIDENTIALLY PROVIDED LEGAL RECOURSE
   TO ADDRESS THE CRIMINAL CONDUCT OF THE JUDICIARY — PAGE 7
EXTRAORDINARY ACTION — PAGE 8
THE PEOPLES' PARAMOUNT ACT — PAGE 10
SUBVERSION — PAGE 11
BAR CONTROLLED FEDERAL & STATE JUDGES, BY THEIR PRESUMED AUTHORITY,
   CONTRARY TO THEIR OATH AND DUTY VIOLATE THE SUPREME LAW OF THE LAND — PAGE 16

---

THE SYSTEMATIC DESTRUCTION OF AMERICA — PAGE 17
THE GOVERNMENT SUPPORTED ABA — PAGE 20
FEDERAL JUDICIARY HAS SEIZED POWERS NOT DELEGATED THEM — PAGE 22
DESTRUCTION OF SOVEREIGNTY — PAGE 24
ACTS OF BETRAYAL - ACTS OF FRAUD - ACTS OF TREASON — PAGE 26

---

DECISION AND ORDER — PAGE 32
THIS EXTRAORDINARY NATURAL LAW DOCUMENT — PAGE 34
SOVEREIGN PEOPLE HAVE AN UNALIENABLE RIGHT OF AUTHORITY — PAGE 35
PLAN TO RETURN TO REPUBLICAN PRINCIPLES — PAGE 41
ORDERED THE UNITED STATES SUPREME COURT — PAGE 42
CONGRESS — PAGE 46
ORDERED THE UNITED STATES CONGRESS BOTH HOUSE AND SENATE — PAGE 47

---

NON STATUTORY NO.     <u>1776-1789-1791-2019</u>
DEPOSITORY CASE NO.    <u>1:16-CV-1490</u>

Documents can also be found at - **<u>https://www.nationallibertyalliance.org/action-against-judiciary</u>**

ii

# MEMORANDUMS OF LAW
### (Attachments)

Memorandum Abortion

Memorandum Acts of Treason

Memorandum Amendment II

Memorandum Amendment X

Memorandum Amendment XIII

Memorandum Article III Courts

Memorandum Court of Record

Memorandum Founding Fathers concerns about judiciary

Memorandum Grand Jury Authority

Memorandum Habeas Corpus

Memorandum High Treason

Memorandum Jurisdiction Natural Law

Memorandum Jury Nullification

Memorandum Jury Tampering & Stacking

Memorandum Law and Equity

Memorandum Natural v Civil rights

Memorandum Non Judicial Foreclosure

Memorandum Sovereignty

Memorandum Petit Jury Authority

Memorandum Statutes Codes Regulations

Memorandum Tax Courts

Memorandum USC Title 18

iii

# LIST OF DOCUMENTS

## WRITS, INFORMATIONS, SHOW CAUSE, DECLARATION, REDRESS OF GRIEVANCES, LETTERS, ETC. [60 PAPERS, ATTACHED]

| | |
|---|---|
| 15-05-20 Mandamus | 1011 Memorandum Jury Tampering & Stacking |
| 15-05-15 Writ Quo Warranto | 1012 Information Martial Law |
| 15-05-20 Mandamus to Sheriff | 1013 Memorandum Article III Courts |
| 15-05-23 Mandamus Judges | 1014 Memorandum Founding Documents |
| 15-05-27 Mandamus martial law | 1015 Memorandum of Facts |
| 15-05-29 Mandamus 2nd Amendment | 1016 Memorandum Grand Jury Authority |
| 15-06-03 Mandamus Terrorism | 1017-01 Clerk of Court |
| 15-06-06 Mandamus subversion | 1017-02 Clerk of Court Default |
| 15-07-10 Mandamus Governors | 1017-03 Clerk Decision and Order |
| 15-07-20 Mandamus US Supreme Ct | 1017-03 US Attorney Letter to dismiss |
| 15-10-14 Information to Judges | 1017-04 Answer to US Attorney Letter |
| 15-11-15 Information SWAT | 1018 United States Attorney Notice |
| 15-11-15 Show Cause Clerk & Judge | 1019 Governor A. Cuomo, et al |
| 16-02-18 Mandamus Governors | 1019-01 2nd Amendment Decision and Order |
| 16-02-22 Information Court | 1019-02 Order |
| 16-07-04 Declaration of July 4th 2016 | 1020 Memorandum Amendment II |
| 16-09-26 Information Martial Law | 1021 Memorandum of Law on Law |
| 1001 Summons [open a Grand Jury depository] | 1022 Memorandum of Law on Standing |
| 1002 List of Defendants | 1023 Cover Letter to Attorney General Sessions |
| 1003 Table of Contents | 1023 Brief clarifying this Extraordinary Proceeding |
| 1004 Statement of Jurisdiction | 1023-02 Second Letter to Attorney General Sessions |
| 1005 Judicial Notice to Magistrate | 1023-03 Information to President |
| 1006-01 Congress Redress of grievance | 1023-04 Information to President |
| 1007-01 Supreme Court Redress of grievance | 1024 UnLawful Order to Dismiss |
| 1008-01 President Redress of grievance | 1024-01 Writ of Error Final |
| 1008-02 Information to President | 1024-02 Indictment Judge Kahn |
| 1009-01 Governors Redress of grievance | 1024-03 Notice electronic filing |
| 1009-02 NY Governor Response by letter | 1024-04 Writ Mandamus to court officers |
| 1009-03 Grand Jury Response to letter | 1024-05 Magistrate Show Cause |
| 1010 Memorandum in Support of Jurisdiction | President Elect Trump Letter |

## EVIDENCE [22 DOCUMENTS, ATTACHED]

| | |
|---|---|
| Timeline of United States at war | DOJ 2008 Fed Law Enforcement Report |
| 17th Amendment Not Ratified | DOJ 2008 report Federal Law Enforcement |
| Articles of Freedom | Federal Grand Handbook |
| ATT and NSA spying on the People | Federal Reserve Certificate of Corp |
| BlazeArmed Agencies | Federal Trial Jury-handbook |
| Board of Governors Vested | Militarizing the Federal Agencies |
| Congress Report Lawyers Guild | No Free Speech Zone |
| Congressional Oversight Hearing on Public Land | NSA Utah Data Center |
| Congressman McFadden Speech | Sovereign Sioux Tribe |
| Diesel Therapy | Ten Facts About SWAT |
| Dodd Reece Committee Report on Foundations 1954 | The United States of SWAT |

## HABEAS CORPUS [26 Habeas Corpuses, attached]

| | |
|---|---|
| Habeas Corpus Aaron Rabold | Habeas Corpus Justin Borseth |
| Habeas Corpus Arianna Meyers | Habeas Corpus Karla Johnson |
| Habeas Corpus Brian Jopson | Habeas Corpus Kathryn Stuart |
| Habeas Corpus Brian Jopson (2) | Habeas Corpus Lily Helen Ko |
| Habeas Corpus Christina C. Jiron | Habeas Corpus Louis Daniel Smith |
| Habeas Corpus Curtis Kimbrough | Habeas Corpus Mable Marson |
| Habeas Corpus David Lee | Habeas Corpus Maud Pollock |
| Habeas Corpus David Mongielo | Habeas Corpus Newton Cantrell |
| Habeas Corpus Erica Carey | Habeas Corpus Rolando Ramirez |
| Habeas Corpus Griffin | Habeas Corpus Ronald Poulson |
| Habeas Corpus James Vernon | Habeas Corpus Sheri Grizzell |
| Habeas Corpus Jan Pachnik | Habeas Corpus Shirearl Taylor |
| Habeas Corpus Janie Sanders | Habeas Corpus Timothy Berry |

## NON-JUDICIAL FORECLOSURES [56 Foreclosures, attached]

| | |
|---|---|
| Non-Judicial Foreclosure Ann Galloway | Non-Judicial Foreclosure Leokadia Miglietta |
| Non-Judicial Foreclosure Asulu Williams | Non-Judicial Foreclosure Louise Gardner |
| Non-Judicial Foreclosure Awilda Lora | Non-Judicial Foreclosure M Johnson |
| Non-Judicial Foreclosure Byron Gashler | Non-Judicial Foreclosure Mable Marson |
| Non-Judicial Foreclosure Byron L. Gashler | Non-Judicial Foreclosure Mark Kleeman |
| Non-Judicial Foreclosure Christie Reed | Non-Judicial Foreclosure Maud Pollock |
| Non-Judicial Foreclosure Crystal Mack | Non-Judicial Foreclosure Michael Hammer |
| Non-Judicial Foreclosure Crystal Mack (2) | Non-Judicial Foreclosure Nahimana Bey |
| Non-Judicial Foreclosure D'Annie Isra El | Non-Judicial Foreclosure Paul Gonzales |
| Non-Judicial Foreclosure Deborah Foster | Non-Judicial Foreclosure Randall Grondwold |
| Non-Judicial Foreclosure Deborah Foster (2) | Non-Judicial Foreclosure Randy Paul |
| Non-Judicial Foreclosure Elliot Rodriguez | Non-Judicial Foreclosure Randy Paul (2) |
| Non-Judicial Foreclosure Elliott Rodriguez | Non-Judicial Foreclosure Randy Paul (3) |
| Non-Judicial Foreclosure Fareed Fard | Non-Judicial Foreclosure Robert Hornbarger |
| Non-Judicial Foreclosure Felicia Collins | Non-Judicial Foreclosure Robert Overheul |
| Non-Judicial Foreclosure Frederick J. Nuzzo | Non-Judicial Foreclosure Robert Rubio |
| Non-Judicial Foreclosure Harley William Blake III | Non-Judicial Foreclosure Ronald Poulson |
| Non-Judicial Foreclosure Heather Dalton | Non-Judicial Foreclosure Ronald Van Dyke |
| Non-Judicial Foreclosure Heriot Boyles | Non-Judicial Foreclosure Sergio Paul |
| Non-Judicial Foreclosure Hiltrud Steimel | Non-Judicial Foreclosure Seth Rabold |
| Non-Judicial Foreclosure Jan'e & Rudolph Colahar | Non-Judicial Foreclosure Shirearl Taylor |
| Non-Judicial Foreclosure Janice Jackson | Non-Judicial Foreclosure Stephen Gregerson |
| Non-Judicial Foreclosure Jeffrey Bryant | Non-Judicial Foreclosure Stephen Gregerson (2) |
| Non-Judicial Foreclosure Jeffrey Smiles | Non-Judicial Foreclosure Stephen Gregorson |
| Non-Judicial Foreclosure John Sprouse | Non-Judicial Foreclosure Theron Marrs |
| Non-Judicial Foreclosure John Sprouse (2) | Non-Judicial Foreclosure Thomas Anderson |
| Non-Judicial Foreclosure Joseph Eskel | Non-Judicial Foreclosure Thomas Williams |
| Non-Judicial Foreclosure Kenta Morris | Non-Judicial Foreclosure Valtair Souza |

# FILED INDICTMENTS FOR NON-JUDICIAL FORECLOSURES, ATTACHED

| | |
|---|---|
| Chief Judge Carin Schienberg | Judge Joseph Farneti |
| Chief Judge Carin Schienberg | Judge Juan B. Colas |
| Chief Judge David Nuffer | Judge Kenneth J. Grispin |
| Chief Judge Frederick J. Lauten | Judge Lisa Porter |
| Chief Judge Kathleen Brickley | Judge Lonnie Thompson |
| Chief Judge Scott Needham | Judge Mary Ann Sumi |
| Chief Justice Lenore Gelfman | Judge Michael P. Burns |
| Chief Justice Paula Carey | Judge Nathaniel J Poovey, |
| Judge A C McKay Chauvin | Judge Patricia M. Lucas |
| Judge Alfred J. Jennings, Jr. | Judge Paul M Yatron |
| Judge Cortland Corsones | Judge Roger N. Nanovic |
| Judge D. Hinrichs | Judge Sandra Champ |
| Judge Daniel A. Ottolia | Judge Sharon Devreis |
| Judge David J. King | Judge Terence |
| Judge Eddie Rodriquez | Judge Thomas Michael Deister |
| Judge Francis Mathew | Judge Timothy M Wright |
| Judge George B. Turner | Judge Toni E Clarke |
| Judge Gordon R. Burkhart | Judge Virginia A. Phillips |
| Judge James Wilson Abrams | Judge Wallace A Lee |
| Judge John Braxton | Magistrate Judge Keith Rosa |
| Judge John J. DiMotto | Master in Equity Marvin H. Dukes, III |
| Judge Jon Theison | |

# FILED INDICTMENTS FOR DENYING HABEAS CORPUS, ATTACHED

Chief Judge Robert J. Jonke, United States District Court for the Middle District of Pennsylvania
Chief Judge Joy Flowers Conti, United States District Court for the Western District of Pennsylvania
Chief Judge Joseph Normand Laplante, United States District Court for the District of New Hampshire
Chief Judge George H. King, United States District Court for the Central District of California
Chief Judge Ann L. Aiken, United States District Court for the District of Oregon
Chief Judge Marsha J. Pechman, United States District Court for the Western District of Washington
Chief Judge Dana L. Christensen, United States District Court for the District of Montana
Chief Judge Jerome B. Simandle, United States District Court for the District of New Jersey
Hon Mark A. Montour, United States District Court for the Eastern District of Michigan
Chief Judge David Gregory Kays, United States District Court for the Western District of Missouri
Chief Judge Linda R. Reid, United States District Court for the Northern District of Iowa
Chief Judge Joseph Normand Laplante, United States District Court for the District of New Hampshire
Chief Judge Phyllis Jean Hamilton, United States District Court for the Northern District of California
Chief District Judge Marsha J. Pechman, United States District Court for the Western District of Washington
Chief Judge Janet C. Hall, United States District Court for the District of Connecticut
Sam E Haddon, United States District Court for the District of Montana
Chief Judge Carol Bagley Amon, United States District Court for the Eastern District of New York
Chief Judge Ann Aiken, United States District Court for the District of Oregon
Chief Judge J. Daniel Breen, United States District Court for the Western district of Tennessee
Chief Judge Robert J. Jonker, United States District Court for the Western District of Michigan
LaVoy Finicum Twenty-four Page Murder Conspiracy Indictment

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway, Albany, NY. 12207-2936 •

United States Grand Jury[1] (*Status: sovereign*[2]) Tribunal, the People

- against -

United States Supreme Court, Federal Judiciary U.S. Senate, and U.S. House of Representatives (*Status: clipped sovereignty*)

Defendants

**JURISDICTION:** Court of Record[3]
Law Case No. <u>1776-1789-1791-2019</u>

Administrator <u>Grand Jury Foreman</u>
Depository Case No. <u>1:16-CV-1490</u>
• **WRIT MANDAMUS**[4]
• **ACTION AT LAW**[5] **DEMANDING A RETURN TO THE LAW**[6]
• **DECISION & ORDER**
Copied: President Trump, AG William Barr

5

---

## DECLARATION OF RESTORATION OF THE LAW OF THE LAND[7]

And demand for the resignations of those who are of a mind to resist! Or suffer indictment for fraud on the court, conspiracy, felonies and/or treason. 𝖂e the 𝕻eople via the Unified United States Common Law Grand Jury a/k/a Sureties of the Peace,[8]

---

[1] **The UUSCLGJ** is comprised of fifty Grand Juries each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverters both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] "'Sovereignty' means that the decree of sovereign makes law, and foreign courts cannot condemn influences persuading sovereign to make the decree." Moscow Fire Ins. Co. of Moscow, Russia v. Bank of New York & Trust Co., 294 N.Y.S. 648, 662, 161 Misc. 903.; The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

[3] **A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] The action of mandamus is one, brought in a court of competent jurisdiction, to obtain an order of such court <u>**commanding an inferior tribunal to do without discretion**</u>, which the law enjoins as a duty resulting from an office, trust, or station. Rev Code Iowa, 1880, §3373 (Code 1931, §12440).

[5] **AT LAW:** [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

[6] **AT LAW:** Blacks 4th This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

[7] To Make America Great and JUST again.

[8] **Sureties of the Peace,** Grand Jury: "If anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then

**DECLARATION OF LAW FOR CONSENT OF GOVERNMENT**                    **PAGE 1 OF 50**

10   hereinafter the People, are an assembly of more than seven thousand six hundred Sovereign People, from every State, being both the tribunal of this extraordinary action and the authors of all law under the authority of Natural Law[see Memorandum Jurisdiction Natural Law] by right of the "Covenants" of 1776, 1789 and 1791 with our creator under His Natural Law at large.

15   *Whenever any Form of Government becomes destructive to our Rights,*
      *It is the Right of the People to alter government, and Institute New Servants!*
      Preamble Declaration of Independence

      *"The people have an indubitable, unalienable, and indefeasible right to reform or change their*
      *Government, whenever it be found adverse or inadequate to the purposes of its institution."*
20    James Madison

      ### "THIS IS THAT PROCESS!"

      *"The natural liberty of man is to be free from any superior power on Earth,*
      *and not to be under the will or legislative authority of man,*
      *but only to have the law of nature for his rule."*
25    Samuel Adams

      *"When injustice becomes law, resistance becomes duty."*
      Thomas Jefferson

      Thomas Jefferson said, *"If a government, either by malfeasance or neglect, fails to protect those rights - or, even worse, if the government itself begins to violate those*
30   *rights - then it is the right and duty of the people to regain control of their affairs and set up a form of government which will serve the people better."..."These rights which have been bestowed by the Creator, they cannot be altered or eliminated at any time; that is, they cannot be taken away or violated without the offender coming under the judgment and wrath of the Creator."* [see Memorandum Founding Fathers concerns judiciary]

35   ## UNALIENABLE RIGHT OF SELF RULE:

In our Republic, Common Law is the Law of the Land by which 'We the People' chose to be judged when we *"assumed among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle us."* We the People

let it be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government we will immediately grant full justice therein." - Magna Carta Paragraph 52.

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 8 of 57

further declared that, "*We hold these truths to be self-evident, that all men are created*
40 *equal, that they are endowed by their Creator with certain unalienable Rights. That among these are; Life, Liberty and the pursuit of Happiness. – That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed.*" Obedience to the Constitution is the extent of that consent, and no judge or legislator can alter that which We the People ordained; to alter is high
45 treason, [see Memorandum High Treason].

The Grand Jury (the People) decide if a crime has been committed.[9] All criminal prosecutions are to be decided by a jury (the People)[10] in a Natural Law Court such as this and not by a chancellor or judge in an equity court. The decisions of this court cannot be reexamined in any Court of the United States. "*The judgment of this court of*
50 *record* [see Memorandum Court of Record] *whose jurisdiction is final, is as conclusive on all the world as the judgment of the U.S. Supreme Court would be and puts an end to inquiry concerning the fact, by deciding it, all other courts are inferior and have no jurisdiction over the people without their consent.*"[11]

This is an "*Extraordinary Action at Law*" by the above said Tribunal for an
55 "*Extraordinary Remedy*"[12] via Writ Mandamus demanding a return to the Law. Decisions, Orders and Pre-determined indictments by the Sureties of the Peace on behalf of all the People for the "*Specific Recovery of the Peoples' Heritage*"[13] stolen by past Judiciaries, Congresses, and Presidential Administrations sustained by the present United States Supreme Court, Federal Judiciary, US House of Representatives, and U.S.
60 Senate, hereinafter defendants will be served on all who resist. Furthermore, due to the

---

[9] **Amendment V:** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury....
[10] **Amendment VI:** In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury.
[11] **United States v Williams.**
[12] **EXTRAORDINARY REMEDIES:** The writs of mandamus, quo warranto, habeas corpus, and some others are sometimes called "extraordinary remedies," in contradistinction to the ordinary remedy by action. Receivership is also said to be an. "extraordinary remedy." Prudential Securities Co. v. Three Farms, H. & M. V. R. Co., 49 Mont. 567, 144 P. 158, 159.
[13] **American Heritage:** We the People ordained and established this Constitution for the United States of America to secure the blessings of liberty to ourselves and our posterity. **Real actions:** At common law, one brought for the specific recovery hereditaments. Steph.Pl. 3; Crocker v. Black, 16 Mass. 448; Hall v. Decker, 48 Me. 256; Doe v. Waterloo Min. Co., C.C.Cal., 43 F. 220; Mathews v. Sniggs, 75 Okl. 108, 182 P. 703, 708. **In Common Law:** An heir; he to whom hereditaments by the act of God and right of blood to descend, of some estate of inheritance. Co. Litt. 7b. **Exo 6:8** And I will bring you in unto the land, concerning the which I did swear to give it to Abraham, to Isaac, and to Jacob; *and I will* give it you for an heritage: I am the LORD. **Psa 127:3** Lo, children are an heritage of the LORD: and the fruit of the womb is his reward.

DECLARATION OF LAW FOR CONSENT OF GOVERNMENT                    PAGE 3 OF 50

out of control corruption of court officers and magistrates/judges who will not document and certify the Jury's will, the Grand Jury Foreman will act as the court Administrator in place of a corrupt Magistrate in this court of Record.

## JURISDICTION - NATURAL LAW

65 This court has both personam and subject matter jurisdiction over our elected, appointed and employed servants under Article III Section 2,[14] Magna Carta,[15] Declaration of Independence,[16] and United States Constitution where the People ordained and established the Law,[17] [see Memorandum Jurisdiction Natural Law].

"Under our system of government upon the individuality and intelligence of the
70 [*sovereign*] citizen, the state does not claim to control them, except as his/her conduct to others, leaving him/her the sole judge as to all that affects them."[18] The very meaning of 'sovereignty' is that the decree of the sovereign, [*not the government*], makes law.[19] [see Memorandum Sovereign] A consequence of this prerogative is the legal ubiquity of the King [*of kings*]. His majesty [God] in the eye of the law is always present in all his
75 [*Natural Law*] courts, though he cannot personally distribute justice.[20] His judges [*jurists*] are the mirror by which the King's image [*God's will*] written in their hearts is reflected;[21] for "*laws are made for us; we are not made for the laws.*"[22] Every man is

---

[14] "The judicial power shall extend to all cases, in law and equity, arising under this Constitution...."
[15] **Magna Carta Chapter 52:** If anyone has been dispossessed or removed by us, without the legal judgment of his peers, from his home, properties, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the five and twenty jurist of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseised or removed, by our government servants, and which we retain in our hand (or which as possessed by others, to whom we are bound to warrant them) we shall have respite until the usual term of crusaders; excepting those things about which a plea has been raised, or an inquest made by our order, before our taking of the cross; we will immediately grant full justice therein.
[16] **Declaration of Independence:** We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.-- That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed....
[17] **US Constitution Preamble:** We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.
[18] **Mugler v. Kansas 123 U.S. 623, 659-60.**
[19] **American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.**
[20] **Fortesc.c.8. 2Inst.186.**
[21] **1 Blackstone's Commentaries, 270, Chapter 7, Section 379.**
[22] **William Milonoff, (b.1972?) Executive Committee Vice-President, Free Democratic Party, Russia, 1993**

DECLARATION OF LAW FOR CONSENT OF GOVERNMENT                                    PAGE 4 OF 50

independent of 'all legislative laws,' except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent."[23]

80 ## THE GRAND JURY IS PARAMOUNT [see Memorandum Grand Jury Authority]
*See US v. Williams; 112 S. Ct. 1735; 504 U.S. 36; 118 L.Ed.2d 352; 1992*

The Supreme Court, in the case SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973), confirmed that even the United States Supreme Court could not second guess the Jury, writing, *"The judgment of a court of record* [jury] *whose jurisdiction is*
85 *final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on <u>this court</u>* [US Supreme Court] *as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it. Inferior courts are those whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law."* Criminal courts proceed according to statutory law. Jurisdiction and
90 procedure are defined by statute. Likewise, civil courts and admiralty courts proceed according to statutory law. Any court proceeding according to statutory law is not a <u>court of record</u> (*which only proceeds according to common law*); it is an inferior court.[24] If the Kings Bench (*Jury of 12*) is not present in the Court, it is not a Supreme Court of Common Law and has no jurisdiction over the people summoned before it
95 without their consent.

The Grand Jury is one of the ways that We the People consent to the actions of our government.[25] If anyone has been deprived of their unalienable right, we will immediately grant full justice therein. The will of the Grand Jury is the opening and manifestation of due process[26] in a court of law. The Grand Juries is the "Sureties of the
100 Peace" that we find in the Magna Carta[27] and was ordained by the People through the 5th

---

[23] Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.

[24] Ex parte Watkins, 3 Pet., at 202-203. cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973).

[25] **Declaration of Independence:** We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed.

[26] **"Due course of law,** this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice." - Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542.

[27] **Magna Carta 61:** "Move-over, for God and the amendment of our kingdom and for the better calming of the quarrel that has arisen between us and our elected and appointed stewards, we have ordained all these concessions, desiring that they should enjoy them in complete and firm endurance forever, we give and grant to them the underwritten security, namely, that the twenty-five who shall be bound by oath to observe and hold, and cause to observed peace and liberties we have granted and confirmed to them by this our present Charter, so that if we, or our justices, or our sheriffs or any one of our officers, shall in anything be at fault towards anyone, and if any of our civil servants shall have transgressed against any of the people in any respect and they shall ask us to cause that error to be amended without delay, or shall have broken some one of the articles of peace or security, and their transgression shall have been shown to four Jurors of the aforesaid twenty

Amendment[28] and, thereby officially acknowledged as an unalienable right. They are the posterity of our founding fathers. They are We the People that ordained and established the Constitution for the defendants. Failure to obey the Law will result in this matter that has already been brought before the Grand Jury that previously decided
105 mercy via correction first by way of this Court of Record's Decisions, Orders and Writs; and, Indictments for those who continue in denial and resist the will of the People.

Our Founding Fathers, with foresight, grafted into the common law Fifth Amendment a buffer (*Grand Jury*) that the People may rely upon for justice when public officials, including judges, go rogue, act in bad behavior, and criminally violate the law.

110 *"The grand jury is an institution separate from the courts, over whose functioning the courts do not preside. The grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three Articles. It is a constitutional fixture in its own right. In fact, the whole theory of its function is that it belongs to no branch of the*
115 *institutional government, serving as a kind of buffer or referee between the Government and the people... The grand Juries functional independence from the judicial branch is evident, both in the scope of its power to investigate criminal wrongdoing, and in the manner in which that power is exercised. 'Unlike [a] [c]ourt, whose jurisdiction is predicated upon a specific case or controversy, the grand jury can investigate merely on*
120 *suspicion that the law is being violated, or even because it wants assurance that it is not."* – US v Williams.

The Unified United States Common Law Grand Jury (UUSCLGJ) is comprised of fifty Unified United State Common Law Grand Juries (UUSCLGJ's), each unified amongst the counties within their respective States that were overwhelmingly unified by re–
125 constituting Common Law Grand Juries in all 3,133 United States counties. All fifty States have unified nationally as an assembly of thousands of People in the name of We the People to suppress, through our Courts of Justice, enemies both foreign and domestic within our governments. This unified Grand Jury via Tribunal will remain in session until we secure the nation from the tyrants at large and reinstate our
130 Constitution.

---

five and if those four Jurors are unable to settle the transgression they shall come to the twenty-five, showing to the Grand Jury the error which shall be enforced by the law of the land."
[28] **Amendment V:** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury ... nor be deprived of life, liberty, or property, without due process of law.

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 12 of 57

# THE PEOPLE HAVE BEEN PROVIDENTIALLY
# PROVIDED LEGAL RECOURSE TO ADDRESS
# THE CRIMINAL CONDUCT OF THE JUDICIARY

135 We the People, via the Grand Jury from December 2016 to present, commanded, via Writ Quo Warranto,[29] Informations, and Writ Mandamuses,[30] all elected, appointed and hired servants to obey the Law of the Land and join the People in our endeavor to reinstate the Constitution for the United States of America and bring to Justice all subverters[31] who resist.

140 We the People have been providentially entrusted via Natural Law to dispense justice and were provided legal recourse to address the criminal conduct of the Judiciary and our Representatives. The People have the unbridled right by law and in law to empanel their own grand juries and present True Bills of information, indictments and presentments to a Court of Justice which is then required to commence a criminal proceeding under Natural Law.

145 • We the People did not consent to any legislated powers that legislate our behavior or penalize wrongdoers;

• We the People ordained and established the Constitution for the United States of America;[32]

• We the People vested Congress with statute making powers;[33]

150 • We the People defined and limited Congresses power of law making;[34]

• We the People ordained limited law making powers via the Constitution;[35]

• We the People did not vest the Judiciary with law making powers;

---

[29] Writ of right for the People against him who claimed or usurped any office, franchise or liberty.

[30] We the People command you.

[31] 18 U.S. Code §2: "Principals (a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal. (b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal."

[32] We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America. Preamble.

[33] **Article I Section 1:** ALL LEGISLATIVE POWERS herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

[34] **Article I Section 8:** To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.

[35] "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition and limitation of power…" [Yick Wo v. Hopkins, 118 US 356, 370 Quotiens dubia interpretatio libertatis est, secundum libertatem respondendum erit].

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 13 of 57

- We the People in ALL Courts of Law are Free and Independent Jurists independent from the Judiciary,[36] and

155
- We the People are the independent Tribunal in All Courts of Law.

*"The constitutions of most of our states assert that all power is inherent in the people; that they may exercise it by themselves, in all cases to which they think themselves competent, as in electing their functionaries executive and legislative, and deciding by a jury of themselves, both fact and law, in all judiciary cases in which any fact is involved*

160
*…"*[37] Therefore, We the People hereby nullify all court rules that prevent the Peoples' unalienable right of access to Natural Law Courts, without cost and where the People are the untainted King's bench [*tribunal*] governed by Natural Law alone.

## EXTRAORDINARY ACTION

THE PURPOSE OF THIS EXTRAORDINARY ACTION is to liberate the American spirit (soul)

165
from the tyranny of the Judiciary, and Congress, and to remind our public servants that the People are sovereign. We the People naively believed that our Judiciary was good and benevolent, but we have been deceived, we have been betrayed! We should have heeded Thomas Jefferson's warnings more seriously when he said:

*"It would be the judiciary that would place us under the despotism of an*

170
*oligarchy. The Constitution is a mere thing of wax in the hands of the judiciary, which they may twist and shape into any form they please. Our judges are as honest as other men and not more so, and their power is the more dangerous, as they are in office for life and not responsible as the other functionaries are to the elective control."* He went on to say: *"that*

175
*over time the federal government would usurped power from the states: The germ of dissolution of our federal government is in… the federal judiciary; an irresponsible body… working like gravity by night and by day, gaining a little today and a little tomorrow, and advancing its noiseless step like a thief, over the field of jurisdiction, until all shall be usurped from the states."*

180
Beginning December 13, 2016 and continuing to the present, We the People via the Unified United States Common Law Grand Jury, a/k/a Sureties of the Peace, filed under the auspices of the court and the contempt of its black robe arbiters, as we served

---

[36] Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.; "*judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law.*"

[37] Thomas Jefferson, letter to John Cartwright; June 5, 1824.

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 14 of 57

numerous writs, informations, and redress of grievances directed to all three branches of government, 50 Governors, state judiciaries, and all County Sheriffs concerning Treason by enemies both foreign and domestic, see attached list. Whereas, in order to operate under the lawful judicial auspices of the court, we the Grand Jury filed the aforesaid in the United States District Court for the Northern District of New York, Case No: 116-CV-1490, also available at www.nationallibertyalliance.org/action-against-judiciary. We also copied AG Jeff Sessions and President Trump. All defendants had a duty to act and yet the record shows that no defendants took action. We were met with silence and disdain! Accordingly, respondents became liable of misprision of treason, some out of ignorance and some contempt and unlike your legislated law, mercy is available to all that comply and our wrath upon those who don't:

> 18 USC § 2382 - *Misprision of treason - Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.*

It thereby follows that our petition preempts silence and presumes an answer. In contrast to the right of the People to remain silent, you will find that we granted no such leave to our servants. When they took their oath, they were empowered and entrusted with certain authorities and thereby became duty bound to give an account of their stewardship when enquired. For *"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading."*[38]

The People's Unalienable Right to correct an error, a fault, or an evil action by government actors via redress is the Constitution's Defense system against government usurpation and oppression. Such an ordained government by man is obedience to God's command to subdue.[39] Whereas His judgment follows in that the children of wickedness will be brought to justice[40] and shall become incapable of wasting us anymore.[41] This is

---

[38] **U.S. v. Tweel**, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932

[39] **Gen 1:28** And God blessed them, and God said unto them, Be fruitful, and multiply, and replenish the earth, and subdue it: and have dominion over the fish of the sea, and over the fowl of the air, and over every living thing that moveth upon the earth.

[40] **See Isaiah Chapter 14:1-27**

[41] **1 Chr 17:8-10** And I have been with thee whithersoever thou hast walked, and have cut off all thine enemies *from before* thee, and have made thee a name like the name of the great men that are in the earth. Also I will ordain a place for my people Israel, and will plant them, and they shall dwell in their place, and shall be moved no more; neither shall the children

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 15 of 57

our sacred responsibility in this action at natural law to which the Judiciary must respond and must correct their lawless ways or face if not our wrath, then His![42]

## THE PEOPLES' PARAMOUNT ACT

215   The unalienable right of the People to prosecute government for redress is paramount. We the People never gave government "sovereign immunity." We the People have Commanded the BAR controlled federal judiciary, hereinafter defendants and respondents, for redress of grievances via "Writ Mandamus" to put an end to their tyranny. Whereas, by their presumed authority, contrary to their oath and duty, they
220   fraudulently perform the will of the BAR and not the People, and claim the Constitution for the United States and its capstone Bill of Rights abrogated by statutes written by traitorous BAR members, foreign and domestic, past and present, passed by traitorous legislators, past and present, which are acts of conspiracy, treason and war against the United States of America and We the People.

225   Almost two and a half centuries ago our Founding Fathers, in an "Extraordinary Action" in the "Spirit of Magna Carta" as Thirteen Colonies, resolved it necessary to declare their Independence in 1776 and became Thirteen Sovereign and Independent States forming a Confederacy that in 1789 Became a Nation, The United States of America! Following the recourse of our founding fathers resolutions, We the People, being their
230   posterity in 2019, find ourselves in the same quandary and likewise reiterate that:

> "*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.--That to secure these rights, Governments are instituted among Men, DERIVING THEIR JUST*
235   *POWERS FROM THE CONSENT OF THE GOVERNED, and that whenever any Form of Government becomes destructive of these ends, IT IS THE RIGHT OF THE PEOPLE TO ALTER IT, AND TO INSTITUTE NEW SERVANTS as to them shall seem most likely to affect their Safety and Happiness.*

> *Accordingly all experience hath shewn, that mankind are more willing to*
240   *suffer, while evils are manageable, than to right themselves by abolishing*

---

of wickedness waste them anymore, as at the beginning, And since the time that I commanded judges to be over my people Israel. Moreover I will subdue all thine enemies. Furthermore I tell thee that the LORD will build thee an house.
[42] **Mark 10:9** What therefore God hath joined together, let not man put asunder. Eph 5:32 This is a great mystery: but I speak concerning Christ and the people.

*the forms to which they are accustomed. But when a long train of abuses and usurpations, pursuing consistently the same object reveals a design to reduce us under absolute Despotism, it is our right, it is our duty, to throw off such corrupt Government, and to provide new Guards for our future*

245 *security. Such has been the patient sufferance of these united States; and such is now the necessity which constrains We the People to alter our former government servants. The history of this present Judiciary is a history of repeated injuries and usurpations, all having in direct object the establishment of an absolute Tyranny over the People. To prove this, let*

250 *Facts be declared.*

## SUBVERSION

There is a hidden hand within our government that orchestrates events, control's our courts and dictate's subversive legislation through the insidious traitorous BAR that willfully advocates, abets, advises, prints, publishes, edits, issues, circulates, sells,

255 distributes, and publicly displays written and printed matter advocating, advising, and teaching the overthrowing of the government of the United States by expunging the Law of the Land, passing repugnant anti-constitutional statutes, replacing justice with social justice, a/k/a socialism, claiming us a democracy and not a republic, concealing Natural Law Courts and tainting and stacking grand and petit juries in violation of 18 USC

260 §2385:

**18 U.S. CODE § 2385** - *Advocating overthrow of Government: Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, or the government of*

265 *any political subdivision therein, by force or violence, or by the assassination of any officer of any such government; or Whoever, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any*

270 *government in the United States by force or violence, or attempts to do so; or Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof...*

275 America is in shambles and our elected servants walk as blind men. Now is the time for all good men, elected, appointed, and employed to come to the aid of their country and take a stand for Justice. These tyrants hold elected and appointed state and federal offices and have weaponized our government agencies, hereinafter deep state, such as willing felons in the IRS, CIA, FBI, DHS, BLM, department of Treasury, and others.

280 The United States Supreme Court, Federal Judiciary, US House of Representatives, and US Senate in collusion with deep state controlled agencies have;

- denied our God, without which there exists no Justice;
- denied us due process;
- abrogated our common law;
285
- created federal debtors prisons via tax court; [see Memorandum Tax Courts]
- robbed our homes through non-judicial tax foreclosures, [see Memorandum Non-Judicial Foreclosures];
- created free speech zones;
- labeled patriots terrorists;
290
- destroyed our political process;
- stolen our free press;
- infringed upon our right to defend ourselves;
- destroyed our manufacturing base;
- chased 88% of the top Fortune 500 companies out of America;
295
- destroyed our economy;
- turned our dollar into debt;
- robbed our silver and gold;
- indoctrinated and demoralized our children with an outcome-based socialist education;
300
- opened our borders;
- used the FBI, BLM and other federal agencies to terrorize American ranchers, miners and loggers in order to sell off America's resources to foreign countries for personal gain;
- sold our postal system to foreign corporations;
305
- brokered our electric company sales to foreign corporations;
- spied on We the People, intercepting and storing all of our communications in case we become persons of interest;

- concealed our Natural Law Courts;

Additionally:

310
- Our servants have refused Assent to Laws, the most wholesome and necessary for the public good;
- Our servants have trodden upon the unalienable rights of the People;
- Our servants have passed legislation destructive to our Constitution that is forbidden by the Constitution;

315
- Our servants have exposed We the People to all the dangers of invasion from without, and subversion from within;
- Our servants have obstructed our laws that prevent foreign insurgents from penetrating our borders thereby overflowing our nation with hostile gangs, criminals, drugs, human traffickers, bringing economic destruction and placing at

320
  risk the security of our States;
- Our servants have obstructed the Administration of Justice, by refusing submission to laws established for Judiciary powers;
- Our servant judges have transformed themselves into tormenters of the People, dependent upon the will of the BAR Guild alone, creating a society of mercenary

325
  economic corporate hit men-Esquires,[43] resolute on destroying common law, enslaving our States, enslaving the People, building statutory and debtors prisons that serve foreign bankers;
- Our servants have erected a multitude of 4th Branch administrative agencies unaccountable to the Constitution, and sent hither swarms of corporate

330
  administrative, disobedient to the Constitution, revenue and code enforcement officers to harass our people, and eat out our substance;
- Our servants have kept among us, in times of peace excessively militarized local police forces and foreign troops without the Consent of the People;
- Our servants have joined with foreign bankers to subject us to a jurisdiction

335
  foreign to our Constitution, and unacknowledged by our laws; giving assent to their acts of pretended legislation;

---

[43] **ESQUIRE.** In English law. A title of dignity next above gentleman, and below knight. Also a title of office given to sheriffs, sergeants, and barristers at law, justices of the peace, and others. 1 Bl.Comm. 406; 3 Steph.Comm. 15, note; Tomlins. On the use of this term in American law, particularly as applied to justices of the peace and other inferior judicial officers, see Christian v. Ashley County, 24 Ark. 151; Corn. v. Vance, 15 Serg. & R., Pa., 37.

DECLARATION OF LAW FOR CONSENT OF GOVERNMENT PAGE 13 OF 50

- Our servants have imposed multiple property-robbing taxes, direct taxes, fees and fines on us without our Consent;
- Our servants have deprived us of the benefits of untainted Petit Juries;
340
- Our servants have deprived us of the benefits of unrigged, untainted Grand Juries;
- Our servants have transported us into jurisdictions unknown to be tried for pretended offences;
- Our servants have enlarged its boundaries under the guise of District of Columbia (10 mile square federal city) so as to render it at once an example and fit
345 instrument for introducing absolute rule into these States;
- Our servants have arrogantly disregarded our Bill of Rights, abolishing our most valuable laws, altering fundamentally the Peoples' form of government;
- Past administrations have declared power to legislate through executive order;
- Our servants have waged War against us;
350
- Our servants have plundered our manufacturing base, ravaged our small businesses and destroyed the middle class;
- Our servants have excited domestic insurrections amongst us;
- Our servants have engaged in human trafficking of our children and elderly through equity courts;
355
- Our servants have engaged in racketeering and extortion through our courts;
- Our servants have held mock trials in courts not of record and thereby unlawfully incarcerating and financially fleecing millions of People, denying due process;
- Our servants have empaneled bogus puppet grand and petit juries in order to perform BAR will and profiteering;
360
- Our servants have stolen our homes in rem and fraud assisting mortgage companies in double-dipping;
- Our servants have kidnaped our children and destroyed our families in family courts;
- Our servants have robbed our parents, turned their twilight years into nightmares
365 and destroyed our families in probate court;
- Our servants have expunged our common law;
- Our servants have transformed our unalienable rights into crimes that violate our Bill of Prohibitions at every stage, serving the BAR and not the People;
- Our servants have assumed the role of master;

370 Further violations:

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 20 of 57

- Against Amendment I, our servants have denied free speech (internet censorship, and patriotic speech), created "free speech zones" and banned religious expressions on holy days such as Christmas, our servants have commandeered the press (via the deep state), our servants have denied our right to petition the government for a redress of grievances;
- Against Amendment II, [see Memorandum Amendment II] our servants have licensed our right to bear arms. They have sent our Militia, necessary to the security of a Free State, out of our country;
- Against Amendment IV, our servants have violated our privacy under the Patriot Act using warrantless searches, spying on the people, eavesdropping on our every written and spoken word, cell phone activation even without a battery on our conversations and unlawfully maintaining files on the People to be used to target dissenters and enslave the People;
- Against Amendment V, our servants have accused People in courts not of law incarcerating millions with corrupt puppet statutory Grand Juries and forcing People to witness against themselves, our servants have deprived millions of life, liberty, or property, without due process of law, and have seized private property under rem and caprice, and non-judicial foreclosures, summary proceedings in criminal cases, puppet statutory Petit Juries, refusal of Habeas Corpus, [see Memorandum Habeas Corpus] refusal of Assistance of Counsel for defense unless it is a BAR approved and BAR cooperative attorney who has been taught to leave the constitution at the court entrance, placing people twice in jeopardy with a judge declared hung jury, prosecutors over ruling grand juries, statutory courts instead of courts of justice, constitution and bible free court rooms, and trials in jurisdictions unknown;
- Against Amendment VI, our servants have denied millions of People trials by an impartial jury, prosecution against those who exercise jury nullification;
- Against Amendment VII, our servants have denied Natural Law Courts, our servants have denied trial by untainted jury, our servants have denied the Peoples' heritage, common law;
- Against Amendment VIII, our servants have imposed excessive bails, fines, cruel and unusual punishment such as diesel therapy, chaining people to a floor in a cell and unable to reach toilets, cold cells without pillow and blankets, solitary confinement, political prisons, removal of meds especially to elderly prisoners, beat downs, no access to law libraries for political prisoners;

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 21 of 57

- Against Amendment IX, our servants have denied scores of other unalienable rights retained by the people; and
- Against Amendment X, our servants have corrupted government at every level and have turned sovereignty of the People into a crime with the unconstitutional 16th Amendment that enslaves the People and the unconstitutional 17th Amendment that enslaves the States, thereby decimating all state rights and Peoples' unalienable rights.

### BAR CONTROLLED FEDERAL AND STATE COURT JUDGES, BY THEIR PRESUMED AUTHORITY, CONTRARY TO THEIR OATH AND DUTY, VIOLATE THE SUPREME LAW OF THE LAND

BAR prosecutors overrule the Peoples' indictments. We have seen case after case where district attorneys "refuse" to indict crimes committed by bureaucrats, criminal corporate CEO's, and cartels as they block the People from meeting with the Grand Jury. We had one case where the DA went after an individual charging him with stalking the Grand Jury and then was indicted and went to jail for two years because the criminal DA did not want the Grand Jury to hear about all the crimes of these untouchables. Take the recent Jussie Smollett (actor) case where a Cook County Grand Jury indicted Smollett this year on felony charges. And on March 26, less than three weeks after the indictment the Cook County State Attorney Kim Foxx, like the legions of many other corrupt court officers, unlawfully removed the indictment against Smollett. In the case of United States v Williams Justice Antonin Scalia, writing for the majority said:

*"Motions to quash indictments based upon the sufficiency of the evidence relied upon by the grand jury were unheard of at common law in England. The quashing of an indictment positively contradicts, the "common law" of the Fifth Amendment grand jury.*[44] *And the traditional American practice was described by Justice Nelson, riding circuit in 1852, as follows: 'No case has been cited, nor have we been able to find any, furnishing an authority for looking into and revising the judgment of the grand jury upon the evidence, for the purpose of determining whether or not the finding was founded upon sufficient proof, or whether there was a deficiency in respect to any part of the complaint.'"*[45] *We accepted Justice Nelson's description Costello v. United States,*[46] *where we held that 'it would run counter to the whole history of the grand jury institution' to permit an indictment to be challenged 'on the ground that there was incompetent or inadequate evidence before the grand jury.*[47] *And we reaffirmed this principle recently in Bank of Nova Scotia, where we held that 'the mere fact that*

---

[44] see, e.g., People v. Restenblatt, 1 Abb.Prac. 268, 269 (Ct.Gen.Sess.N.Y.1855).
[45] United States v. Reed, 27 Fed.Cas. 727, 738 (No. 16,134) (CCNDNY 1852).
[46] 350 U.S. 359, 76 S.Ct. 406, 100 L.Ed. 397 (1956).
[47] Id., at 363-364, 76 S.Ct., at 409.

Case 3:19-mc-00029-TMB    Document 1    Filed 08/22/19    Page 22 of 57

440 *evidence itself is unreliable is not sufficient to require a dismissal of the indictment,'*
*and that 'a challenge to the reliability or competence of the evidence presented to the*
*grand jury will not be heard.'[48] It would make little sense, we think, to abstain from*
*reviewing the evidentiary support for the grand Juries judgment while scrutinizing the*
*sufficiency of the prosecutor's presentation. A complaint about the quality or adequacy*
445 *of the evidence can always be recast as a complaint that the prosecutor's presentation*
*was 'incomplete' or 'misleading.' Our words in Costello bear repeating: Review of*
*facially valid indictments on such grounds 'would run counter to the whole history of*
*the grand jury institution[,] [and] [n]either justice nor the concept of a fair trial*
*requires [it].'"[49]*

450 The People have the unalienable right to indict and judge and NO HIRED SERVANT
can place themselves above their masters.

*"[R]ooted in long centuries of Anglo-American history,[50] the Grand Jury is mentioned*
*in the Bill of Rights, but not in the body of the Constitution. It has not been textually*
*assigned, therefore, to any of the branches described in the first three Articles. It is a*
455 *constitutional fixture in its own right.[51] In fact the whole theory of its function is that it*
*belongs to no branch of the institutional government, serving as a kind of buffer or*
*referee between the Government and the people.[52]* Although the grand jury normally
operates, of course, in the courthouse and under judicial auspices, its institutional
relationship with the judicial branch has traditionally been, so to speak, at arm's length.
460 Judges' direct involvement in the functioning of the grand jury has generally been
confined to the constitutive one of calling the grand jurors together and administering
their oaths of office."[53]

### THE SYSTEMATIC DESTRUCTION OF AMERICA

*By enemies both foreign and domestic*

465 **ABROGATION OF COMMON LAW:** On August 21, 1878, seventy-five BAR lawyers from
twenty states and the District of Columbia met in Saratoga Springs, New York, to
establish the American Bar Association. Since that first meeting, the American BAR
Association (ABA) have infiltrated our government at every level and played a pivotal

---

[48] 487 U.S., at 261, 108 S.Ct., at 2377.

[49] 350 U.S., at 364, 76 S.Ct., at 409.

[50] Hannah v. Larche, 363 U.S. 420, 490, 80 S.Ct. 1502, 1544, 4 L.Ed.2d 1307 (1960) (Frankfurter, J., concurring in result).

[51] United States v. Chanen, 549 F.2d 1306, 1312 (CA9 1977) (quoting Nixon v. Sirica, 159 U.S.App.D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54(1973)), cert. denied, 434 U.S. 825, 98 S.Ct. 72, 54 L.Ed.2d 83 (1977).

[52] Stirone v. United States, 361 U.S. 212, 218, 80 S.Ct. 270, 273, 4 L.Ed.2d 252 (1960); Hale v. Henkel, 201 U.S. *43, 61, 26* S.Ct. 370, 373, 50 L.Ed. 652 (1906); G. Edwards, The Grand Jury 28-32 (1906).

[53] United States v. Calandra, 414 U.S. 338, 343, 94 S.Ct. 613, 617, 38 L.Ed.2d 561 (1974).

role in the abrogation of common law, a/k/a Natural Law, in the United States by conspiring with the Judiciary and Congress for the construction of law thereby seizing control of all government official narratives on law. If the People dare to correct or challenge bureaucrat lawlessness, they are met by swarms of BAR lawyers and all too often swarms of law enforcement agents.

- They removed the original 13th Amendment ratified in 1819 [see Memorandum Amendment XIII] that prevented foreign controlled BAR members from holding an office of trust and replaced it with another in 1865;

- They abrogated our unalienable rights by changing them into civil rights [see Memorandum Natural v civil rights] calling those privileges and immunities placing people under civil law in 1868 through the 14th Amendment;

- They created a foreign state within a state within a city (*Washington DC*) through the Organic act of 1871 placing the United States under the control of foreigners via the deep state;

- They enslaved the People under the Federal Reserve Act which gave complete control of the dollar to foreign bankers. Today the 1913 dollar is worth about 4 cents;

- They have subjected the People to debtor's prison by taxing their labor thereby enslaving the People through the "unratified," anti-constitutional, repugnant 16th Amendment;

- They removed the states right of suffrage in 1913, through the Senate, thereby enslaving the states through the "unratified," anti-constitutional, repugnant 17th Amendment;

- In 1944, at the Bretton Woods Agreement Conference, the United States totally surrendered the Peoples' sovereignty to the banking forces by forcing the nations of the world to accept the dictates of the centralized banking system;

- The International Organizations Immunities Act enacted in 1945 relinquished every public office of the United States to the United Nations and established a special group of foreign or international organizations whose members could work in the U.S. and enjoy certain exemptions from US taxes and search and seizure laws;

- In 1947, NSA and CIA became operational and marked the birth of the national police state surveillance grid. Today, the CIA is a private corporation which

operates as a prostitute for global banking interests and does not represent the United States;

- In 1948, the creation of the United Nations on American soil marked the beginning of the end of political sovereignty in the United States. John Kerry, without the approval of the Senate signed the United Nations Arms Treaty which will attempt to eliminate the 2nd Amendment and private property will be eliminated in America through the United Nation's Agenda 21 program that is spreading across America;

- In 1950, the 81st Congress Investigated the Lawyers Guild and determined that the Association was founded and run by communists. (See 81st Congress Report No. 3123);

- Since at least 1960, Americans have been conditioned to ignore the encroachment of tyranny through television and the subsequent propagandizing of this medium of communication;

- In 1962, prayer was outlawed in the classroom which marked the beginning of moral decay in America;

- On September 11, 2001, the national police state surveillance grid reached maturity. This event created, under the guise of national security, the Department of Homeland Security, TSA and FEMA which during a national emergency controls every resource, every asset and even our freedom. It also created the Patriot Act and now today virtually every communication that we engage in is monitored and recorded for future use against the People;

- They have flooded our courts with nearly 150 years of repugnant acts, statutes and rules and apply them upon the People, and

- Title 28 USC 3002 Section 15A in 1990; states that the United States is a Federal Corporation and not a Government, including the Judiciary Procedural Section. The de jure states in the form of Republics and the de jure United States were incorporated, or set aside by the Bankruptcy Act of 1933.

Of course their unconstitutional acts' of legislation are nothing short of repugnant to the Constitution and therefore have no teeth and can simply be nullified by the People and it is nullified [see Memorandum Jury Nullification] herein.

> "*An unconstitutional act is not law; it confers no right; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as*

535     *inoperative as though it had never been passed.*"[54] *No one is bound to obey an unconstitutional law and no courts are bound to enforce it.*"[55]

The Truth holds that if We the People vested the judiciary with the power to judge men subject to the legislation of men, how much more the King's bench to judge all men subject to God's Law?

540     All of the aforesaid destructive acts were possible because the federal government, after lulling the People to sleep via propaganda through mass media over many years, have seized control of our once biblical/classical education and replaced it with their out-come-based, socialist education and thereby resulting in ignorance of the Law, Liberty, and American History. Communism, Marxism, Socialism and Democracy, which is

545     mob rule, are destructive to government by consent of the People under Natural Law.

In 1961, President John F. Kennedy warned the People when he said: "*We are opposed around the world by a monolithic and ruthless conspiracy that relies primarily on covert means for expanding its sphere of influence; on infiltration instead of invasion; on subversion instead of elections; on intimidation instead of free choice; on guerrillas*

550     *by night instead of armies by day. It is a system which has conscripted vast human and material resources into the building of a tightly-knit, highly-efficient machine that combines military, diplomatic, intelligence, economic, scientific and political operations. Its preparations are concealed, not published; its mistakes are buried, not headlined; its dissenters are silenced, not praised. No expenditure is questioned; no*

555     *rumor is printed; no secret is revealed. It conducts the Cold War in short, with a war-time discipline no democracy would ever hope or wish to match… there is very grave danger that an announced need for increased security will be seized upon by those anxious to expand its meaning to the very limits of official censorship and concealment.*"

560     **THE GOVERNMENT SUPPORTED ABA HAS SYSTEMATICALLY INFILTRATED** our federal and state legislatures and courts and through an overwhelming army of non-thinking highly trained in the art of legalese Babylonia codes attorneys[56] that serve the lie and not the Truth.

---

[54] Norton vs Shelby County 118 US 425 p. 442.
[55] 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256.
[56] **Incomprehensible statutes** to one of ordinary understanding or knowledge.

DECLARATION OF LAW FOR CONSENT OF GOVERNMENT                    PAGE 20 OF 50

These lawless lawyers confuse the common people with their mumbo-jumbo[57] and
irrelevant arguments. They have flooded our courts with nearly 150 years of repugnant
acts, statutes and rules, such as the aforesaid Organic act, 1871; Federal Reserve, 1913;
16th Amendment, 1913; 17th Amendment, 1913; 49 Statute 3097 Treaty Series 881,
1933; International Organization Immunities Act, 1945; Title 8 USC 1481, 1952; Title
26 the Internal Revenue Code, 1954; Title 28 USC 3002 Section 15A; Title 28 USC
1608; Title 22 CFR 93.1-93.2; Title 28 USC 1330; Patriot act, 2001 and Homeland
Security Act, 2002 to name just a few seditious acts of congress that are exercised in our
courts daily against the patriots along with the elusive Federal Rules that when
harmonized accomplishes the seizing of our Article III Courts [see Memorandum Article III
Courts] and the delivering of We the People to jurisdictions unknown.

**THE GOVERNMENT SUPPORTED ABA WILLFULLY** advocates, abets, advises and
teaches[58] repugnant statutes as law designed to enslave the People and overthrow federal
and state governments. These tyrants have ignored and expunged the Peoples' six
directives:

- Instead of forming a more perfect union, they have given our federal city, post
  offices, coining of money, and law writing to foreign bankers and BAR attorneys;
- Instead of Establishing Justice, they have concealed our Courts of Natural Law,
  turned our courts to jurisdictions unknown, abolished habeas corpus, changed our
  unalienable rights to civil rights via the repugnant, null, and void 14th
  Amendment by claiming that we are subject to the United States jurisdiction

---

[57] **Mumbo-jumbo:** Language or ritual causing, or intending to cause, confusion.

[58] **18 U.S. Code § 2385 - Advocating overthrow of Government:** Whoever knowingly or willfully advocates, abets,
advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the
United States or the government of any State, Territory, District or Possession thereof, or the government of any political
subdivision therein, by force or violence, or by the assassination of any officer of any such government; or Whoever, with
intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells,
distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity,
desirability, or propriety of overthrowing or destroying any government in the United States by force or violence, or
attempts to do so; or Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who
teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a
member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof - Shall be
fined under this title or imprisoned not more than twenty years, or both, and shall be ineligible for employment by the
United States or any department or agency thereof, for the five years next following his conviction. If two or more persons
conspire to commit any offense named in this section, each shall be fined under this title or imprisoned not more than
twenty years, or both, and shall be ineligible for employment by the United States or any department or agency thereof, for
the five years next following his conviction. As used in this section, the terms "organizes" and "organize", with respect to
any society, group, or assembly of persons, include the recruiting of new members, the forming of new units, and the
regrouping or expansion of existing clubs, classes, and other units of such society, group, or assembly of persons. (June 25,
1948, ch. 645, 62 Stat. 808; July 24, 1956, ch. 678, §?2, 70 Stat. 623; Pub. L. 87–486, June 19, 1962, 76 Stat. 103; Pub. L.
103–322, title XXXIII, §?330016(1)(N), Sept. 13, 1994, 108 Stat. 2148.).

585        when in fact we are subject only to Natural Law, they turned law making over to the BAR who have abrogated the Law of the Land;

- Instead of Providing for the Common Defense, they have kept our armed forces in a state of perpetual war, against the will of the states sent our National Guard, a/k/a militia, to foreign countries leaving the states unprotected, abolished the
590     unorganized militia, closed our armories, and imposed gun control;

- Instead of Promoting the General Welfare they have regulated commerce instead of making commerce regular they control the flow, they imposed unconstitutional sin taxes, they have prevented and hidden advancements in science, health, technology and inventers have been stifled and murdered, and
595   

- Instead of Securing the Blessings of Liberty, they have changed our Natural Law Constitutional Republic first into a democracy and then into an oligarchy.

**FEDERAL JUDICIARY HAS SEIZED POWERS NOT DELEGATED THEM:** The assumption of sovereign power and the institution of government by consent are acts of supreme authority, which the people alone are competent to perform. And accordingly, it is in the
600  name and by the authority of the people, that the judiciary was vested. Whereas the federal judiciary has seized powers not delegated to them, in violation of the 10th Amendment.

ABORTION, A CASE IN POINT: [see Memorandum Abortion] The People are to decide through Courts of Justice and not judges in courts' of equity concerning the issue of <u>abortion</u>,
605  which is under the jurisdiction of <u>natural law</u>[59] and not equity. Roe v Wade was unconstitutionally adjudicated by the United States Supreme Court which is an "equity court" governed by codes statutes and regulations. [see Memorandum Statutes Codes & Regulations] And thereby the judiciary seared the conscience of America and today we restore America's morals. This then brings the issue into its proper jurisdiction, a
610  "Natural Law Court of Record," adjudicated by the King's Bench (jury – We the People) made-up of twelve People who are to mirror the will of nature's God, answering to Him alone. The United States Supreme Court does not have the authority to think like God's adversary that they can change God's Laws.

> <u>Dan 7:25</u>: "*And he shall speak great words against the most High, and shall*
615    *wear out the saints of the most High, and think to change times and laws:*"

---

[59] Natural Law: Laws of nature and of nature's God; here men are subject to the will of God with unalienable right at liberty from all human law.

<u>Amendment X</u>: [see Memorandum Amendment X] *"The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the People."*

The United States Supreme Court and its federal judiciary is in bad behavior. They have unlawfully tread upon the Constitution, the rights of the People and the States to govern themselves. And most alarming, they think they can change the laws of God. Therefore, the United States Supreme Court and its inferior courts are to immediately cease their lawless jurisdictional advances designed to spread their socialist agenda or suffer the consequences of indictment for subversion, conspiracy, and treason.

Over the past two decades, the United States Supreme Court remained silent when We the People exercised our unalienable right demanding a redress of grievances which is protected by the 1st Amendment. The United States Supreme Court, having controlling power over their out of control inferior courts, turn a blind eye to the sins of subversion by the federal judiciary when they have a duty to stop it. The United States Supreme Court has sanctioned the turning of our Natural Law Courts into de facto, fictional, equity courts. The United States Supreme Court has sanctioned the writing of rules repugnant to Liberty by the BAR minions of the New World Order. The United States Supreme Court has sanctioned the concealment of our Natural Law Courts thereby causing the People to weary themselves to find the door. The United States Supreme Court has sanctioned equity rules in our courts of Law that deny due process.

The following is a short list of Bill of Rights violations and the seizing of jurisdictions never vested to the "tyrannical federal judiciary" and interfering with numerous issues protected by the 10th Amendment that clearly belong to the States and the People.

- They overturned the peoples' right to vote English as their official language;
- They overturned state legislation passing term limits for politicians;
- They overturned the Peoples' right to vote to stop state-funded taxpayer services to illegal aliens;
- They overturned the Peoples' right to deny special rights to homosexuals;
- They overturned the Peoples' right to vote to defeat a tax increase;
- They overturned the Peoples' right to vote to limit contributions to State candidates;
- They overturned state legislation that passed "a Woman's Right to know the law concerning abortion;

- They overturned state legislation that passed a Marriage Amendment;

650
- They overturned the Peoples' right to vote against physician-assisted suicide;
- They overturned the Peoples' right to vote to define a marriage as between one man and one woman;
- They have denied Amendment I: The right of the People to petition the Government for a redress of grievances;

655
- They have denied Amendment II: The right of the people to keep and bear Arms;
- They have denied Amendment IV: The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures;
- They have denied Amendment V: The unalienable right to a Natural Law Grand Jury and not put in double Jeopardy and not to be a witness against himself;

660
- They have denied Amendment VI: The unalienable right to an impartial jury and non-BAR Assistance of Counsel.
- They have denied Amendment VII: The unalienable right of a common law jury and a Natural Law Jurisdiction.
- They have denied Amendment X: The State and Peoples' right of powers not

665
delegated to the United States by the Constitution
- They legalized murder, via abortion that Natural Law will not permit
- They have interfered with the Presidents' Constitutional duties to protect our borders, and;
- They have concealed the Peoples' unalienable right of Natural Law Courts.

670
**DESTRUCTION OF SOVEREIGNTY:** By the following three repugnant amendments, the BAR minions of the New World Order have been nibbling away at our Constitution since the beginning, destroying the balance of power, the Law, State Sovereignty, and the Sovereignty of the People.

- The 14th Amendment attempts to change our unalienable rights granted by God

675
into privileges granted by men.
- The 16th Amendment attempts to turn the People into indentured servants subjecting them to debtors' prisons if they do not submit and thereby turning the People into subjects of the Federal Government, no longer sovereign, but slaves.
- The 17th Amendment usurped the States jurisdictions whereas these united States

680
have been deprived their equal suffrage in the Senate in violation of the Constitution Article V thereby destroying the balance of power between the

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 30 of 57

States and the Federation. This robbed the State and the People of their ability to exercise powers not delegated to the United States by the Constitution, nor prohibited by it to the States, that was reserved to the states respectively, or to the people, protected by the 10th Amendment thereby stealing the States sovereignty.

We the People hereby nullify the 14th, 16th, and 17th Amendments!

Our servants are taking money, hereinafter bribes, from special interest groups, thereby selling their vote and their soul to the highest bidder via lobbying, usually on legislation that more often than not they don't even have the constitutional authority to pass in the first place, and placing the will of the corporate world above the will of the People.

- Acts of our servants are not to provide for special interest groups,
- Are not to divide us,
- Are not to establish statutory courts in jurisdictions unknown,
- Are not to establish laws that enslave the human spirit,
- Are not to keep us in perpetual war,
- Are not to demoralize us,
- Are not to destroy our prosperity,
- Are not to put us in harm's way,
- Are not to rob our children of a proper education, and
- Are not to lead us as lambs to the slaughter, to the New World Order.

George Washington, in his fair well address, speaking of these subverters said, "*They have obstructed the execution of the laws, using combinations and associations under whatever plausible character with the real design to direct, control, counteract, or awe the regular deliberation and action of the constituted authorities, are destructive of this fundamental principle and of fatal tendency. They serve to organize faction; to give it an artificial and extraordinary force; to put in the place of the delegated will of the nation the will of a party, often a small but artful and enterprising minority of the community; and, according to the alternate triumphs of different parties, to make the public administration the mirror of the ill concerted and incongruous projects of faction, rather than the organ of consistent and wholesome plans digested by common councils and modified by mutual interests.*"

"*However combinations or associations of the above description may now and then answer popular ends, they are likely, in the course of time and things, to become potent*

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 31 of 57

*engines by which cunning, ambitious, and unprincipled men will be enabled to subvert*
715 *the power of the people and to usurp for themselves the reins of government, destroying afterwards the very engines which have lifted them to unjust dominion."*

**ACTS OF BETRAYAL — ACTS OF FRAUD — ACTS OF TREASON:** [see Memorandum Acts of Treason] The Federal Judiciary is a Creature[60] of the Law with clipped authority.[61] The unauthorized creation of a foreign state within our federal city by the 41st Congress who
720 acted without constitutional authority, was an act of fraud, conspiracy and subversion against the United States of America. Only We the People can ordain and establish Laws[62] and governments.[63] Only We the People are endowed by the Creator with certain unalienable rights; governments are not! Consequently, in congruence with Marbury v Madison, all latter construction based upon the Organic Act of 1871 is as null and void
725 as is the Act. Said Act attempted to supplant our Republican Form of Government that our servants were entrusted to guarantee. This criminally created a foreign venue[64] (de facto Sovereign State) proceeding under fiction of law.[65] Any court resting upon said Act is a de facto court.[66] Any judge acting under such fiction of law denies due process[67]

---

[60] **ENS LEGIS.** L. Lat. Blacks 4th; A creature of the law; an artificial being, as contrasted with a natural person.

[61] **CLIPPED SOVEREIGNTY:** In the relations of the several states of the United States to other nations, the states have what is termed a clipped sovereignty. Anderson v. N. V. Transandine Handelmaatschappij, Sup., 28 N.Y.S.2d 547, 552.

[62] **PREAMBLE:** "We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America."

[63] **GOVERNMENT:** "Republican Government; one in which the powers of sovereignty are vested in the people and are exercised by the people" In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627. Black's Law Dictionary, Fifth Edition, p. 626.

[64] **VENUE:** "Venue" does not refer to jurisdiction at all. Arganbright v. Good, 46 Cal.App.2d Super. 877, 116 P.2d 186. "Jurisdiction" of the court means the inherent power to decide a case, whereas "venue" designates the particular county or city in which a court with jurisdiction may hear and determine the case. Southern Sand & Gravel Co. v. Massaponax Sand & Gravel Corporation, 145 Va. 317, 133 S.E. 812, 813. Stanton Trust and Savings Bank v. Johnson, 104 Mont. 235, 65 P.2d 1188, 1189. In the common-law practice, that part of the declaration in an action which designates the county in which the action is to be tried. Sweet. Also, the county (or geographical division) in which an action or prosecution is brought for trial, and which is to furnish the panel of jurors. Armstrong v. Emmet, 41 S.W. 87, 16 Tex.Civ.App. 242; Paige v. Sinclair, 130 N.E. 177, 178, 237 Mass. 482; Commonwealth v. Reilly, 324 Pa. 558, 188 A. 574, 579; Heckler Co. v. Incorporated Village of Napoleon, 56 Ohio App. 110, 10 N.E.2d 32, 35. It relates only to place where or territory within which either party may require case to be tried. Cushing v. Doudistal, 278 Ky. 779, 129 S.W.2d 527, 528, 530. It has relation to convenience of litigants and may be waived or laid by consent of parties. Iselin v. La Coste, C.C.A.La., 147 F. 2d 791, 795.

[65] **FICTION OF LAW:** Something known to be false is assumed to be true. Ryan v. Motor Credit Co., 130 N.J.Eq. 531, 23 A.2d 607, 621. that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land. Hoke vs. Henderson,15, N.C.15,25 AM Dec 677. A rule of law which assumes as true, and will not allow to be disproved, something which is false, but not impossible. Best, Ev. 419.

[66] **DE FACTO GOVERNMENT:** One that maintains itself by a display of force against the will of the rightful legal government and is successful, at least temporarily, in overturning the institutions of the rightful legal government by setting up its own in lieu thereof. Wortham v. Walker, 133 Tex. 255, 128 S.W.2d 1138, 1145.

[67] **DUE COURSE OF LAW,** this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice. - Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542.

DECLARATION OF LAW FOR CONSENT OF GOVERNMENT                    PAGE 26 OF 50

and is acting in excess of their judicial authority,[68] in collusion, under color of law,[69]
730 thereby losing judicial immunity.[70] Therefore, any judicial reliance upon said act is
injudicious.

We the People, being the authors of the Law of the Land, do not have civil liberties that
are determined by the whims of legislators providing us with *the power of doing
whatever the laws* [statutes] *permit.*"[71] But to the contrary, we have Natural Liberty
735 which is *"the power of acting as one thinks fit, without any restraint or control, unless
by the law of nature,"*[72] in other words *"Liberty from all human legislated law"*!

From May 2015 through September 2016, the Grand Jury served the following
documents and defendants did not answer.

- Grand Jury filed and served 26 Habeas Corpuses.[73]
740 - Grand Jury filed and served 56 Show Causes and Informations[74] concerning the
  illegality of Non-Judicial-Foreclosures.
- On May 15 2015, Grand Jury served a Writ Quo Warranto upon County Sheriffs
  (3133), Federal Special Agents in Charge (94), US Marshals (94), Joint Chiefs of
  Staff, Governors (50), Federal district courts (94), State Courts (50), State

---

[68] **EXCESS OF JUDICIAL AUTHORITY:** Acts in excess of judicial authority constitutes misconduct, particularly where
a judge deliberately disregards the requirements of fairness and due process. Cannon v. Commission on Judicial
Qualifications, (1975) 14 Cal. 3d 678, 694; Society's commitment to institutional justice requires that judges be solicitous
of the rights of persons who come before the court. Geiler v. Commission on Judicial Qualifications, (1973) 10 Cal.3d 270,
286.
[69] **COLOR OF LAW:** The appearance or semblance, without the substance, of legal right. State v. Brechler, 185 Wis. 599,
202 N.W. 144, 148. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is
clothed with authority of state, is action taken under "color of state law." Atkins v. Lanning, 415 F. Supp. 186, 188.
[70] **JUDICIAL IMMUNITY:** ."... the particular phraseology of the constitution of the United States confirms and
strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is
void, and that courts, as well as other departments, are bound by that instrument." ... "In declaring what shall be the
supreme law of the land, the Constitution itself is first mentioned; and not the laws of the United States generally, but those
only which shall be made in pursuance of the Constitution, have that rank." ... "All law (rules and practices) which are
repugnant to the Constitution are VOID." ... Since the 14th Amendment to the Constitution states "NO State (Jurisdiction)
shall make or enforce any law which shall abridge the rights, privileges, or immunities of citizens of the United States nor
deprive any citizens of life, liberty, or property, without due process of law, ... or equal protection under the law," this
renders judicial immunity unconstitutional. Marbury v. Madison, 5 U.S. (2 Cranch) 137, 180 (1803); There is a general rule
that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot
claim the immunity of the sovereign. Cooper v. O'Conner, 99 F.2d 133.
[71] 1 Bl. Comm. 6; Inst. 1, 3, 1. See Dennis v. Moses, 18 Wash. 537, 52 P. 333, 40 L.R.A. 302.
[72] 1 Bl. Comm. 125.
[73] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And
can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[74] and no court answered.

745   Assemblymen (50 States), State Senators (50 States), U.S. House of Representatives (435), U.S. Senate (100).[75]

- On May 20, 2015, Grand Jury served Mandamuses upon 3133 County Sheriffs.[76]
- On May 23, 2015, Grand Jury served Mandamuses upon all State and Federal Judges.[77]

750 • On May 27, 2015, Grand Jury served Mandamuses concerning martial law upon County Sheriffs (3133), Federal Special Agents in Charge (94), US Marshals (94), Joint Chiefs of Staff, Governors (50), Federal district courts (94), State Courts (50), State Assemblymen (50 States), State Senators (50 States), U.S. House of Representatives (435), U.S. Senate (100).[78]

755 • On May 29, 2015, Grand Jury served Mandamuses concerning the 2nd Amendment upon County Sheriffs (3133), Federal Special Agents in Charge (94), US Marshals (94), Joint Chiefs of Staff, Governors (50), Federal district courts (94), State Courts (50), State Assemblymen (50 States), State Senators (50 States), U.S. House of Representatives (435), U.S. Senate (100).[79]

760 • On June 3, 2015, Grand Jury served Mandamuses concerning Terrorism upon County Sheriffs (3133), Federal Special Agents in Charge (94), US Marshals (94), Joint Chiefs of Staff, Governors (50), Federal district courts (94), State Courts (50), State Assemblymen (50 States), State Senators (50 States), U.S. House of Representatives (435), U.S. Senate (100).[80]

765 • On June 6, 2015, Grand Jury served Mandamuses concerning subversion upon County Sheriffs (3133), Federal Special Agents in Charge (94), US Marshals (94), Joint Chiefs of Staff, Governors (50), Federal district courts (94), State Courts (50), State Assemblymen (50 States), State Senators (50 States), U.S. House of Representatives (435), U.S. Senate (100).[81]

---

[75] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[76] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[77] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[78] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[79] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[80] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[81] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.

770   •   On July 10, 2015, Grand Jury served Mandamuses to all fifty Governors.[82]

  •   On July 20, 2015, Grand Jury served Mandamuses to US Supreme Court.[83]

  •   October 14, 2015, Grand Jury served Information to all State and Federal Judges.[84]

  •   On November 15, 2015, Grand Jury served Information concerning the abuse of
775      SWAT upon County Sheriffs (3133), Federal Special Agents in Charge (94), US Marshals (94), Joint Chiefs of Staff, Governors (50), Federal district courts (94), State Courts (50), State Assemblymen (50 States), State Senators (50 States), U.S. House of Representatives (435), U.S. Senate (100).[85]

  •   On November 15, 2015, Grand Jury served Order to Show Cause upon Federal
780      District Clerks (94) & Judges (94).[86]

  •   On February 18, 2016, Grand Jury served Mandamuses upon all fifty Governors.[87]

  •   On February 22, 2016, Grand Jury served Information upon County Sheriffs
785      (3133), Federal Special Agents in Charge (94), US Marshals (94), Joint Chiefs of Staff, Governors (50), Federal district courts (94), State Courts (50), State Assemblymen (50 States), State Senators (50 States), U.S. House of Representatives (435), U.S. Senate (100).[88]

  •   On September 26, 2016, Grand Jury served Information concerning Martial Law
790      upon County Sheriffs (3133), Federal Special Agents in Charge (94), US Marshals (94), Joint Chiefs of Staff, Governors (50), Federal district courts (94), State Courts (50), State Assemblymen (50 States), State Senators (50 States), U.S. House of Representatives (435), U.S. Senate (100),[89] and

---

[82] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[83] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[84] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[85] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[86] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[87] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[88] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[89] See document filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.

- On December 14, 2016, the Grand Jury, a/k/a the above said tribunal, on behalf of the People, opened an action in the United States Court for the Northern District of New York, case no 1:16-CV-1490, for the purpose of proceeding under the judicial auspices of the court, and copied the United States Attorney General Jeff Sessions for the assistance of United States Attorneys in order to pursue further investigations of high crimes revealed and to prosecute indicted individuals identified in our investigations.

In these filing, the Grand Jury reported that within our government resides "*a system which has conscripted vast human and material resources into the building of a tightly knit, highly efficient machine that combines military, diplomatic, intelligence, economic, scientific and political operations* [that serves] *a monolithic and ruthless conspiracy that relies primarily on covert means for expanding its sphere of influence on infiltration instead of invasion, on subversion instead of elections, on intimidation instead of free choice, on guerrillas by night instead of armies by day.* [This system was constructed by the Deep State whose] *Preparations are concealed, not published. Its mistakes are buried, not headlined. Its dissenters are silenced, not praised. No expenditure is questioned, no rumor is printed, no secret is revealed. It conducts the cold war; in short, with a war-time discipline no democracy would ever hope or wish to match.*"[90]

**ON JANUARY 16, 2017, WE THE PEOPLE** served redress of grievances and reported said conspiracy upon our United States House of Representatives and Senate,[91] United States Supreme Court,[92] President of the United States[93] and all fifty State Governors. With the exception of President Donald J Trump who has taken action, we have been met with a deafening silence from United States House of Representatives, United States Senate,

---

[90] President John F Kennedy's address, "The President and the Press," Before The American Newspaper Publishers Association, 27 April 1961.
[91] **See document #1006-01 Congress Redress of grievance** filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[92] **See document #1007-01 Supreme Court Redress of grievance** filed at the United States Court for the Northern District of New York under case no1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[93] **See document #1008-01 President Redress of grievance** filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.

United States Supreme Court, Federal Judiciary (94 districts courts) and all fifty Governors.[94]

**ON DECEMBER 14, 2016, WE THE PEOPLE** filed an action against the defendants in the United States District Court for the Northern District of New York, and that also served as a depository for Grand Jury documents so as to proceed under the judicial auspices of the court, and marked the official beginning of this trial. And this filing is the end of that trial being a Writ demanding restoration of the law of the land via a Decision & Order by the Common Law Tribunal. This Writ, Decision and Order will be filed under both the statutory number 1:16-CV-1490 and a common law and non-statutory form bearing the number 1776-1789-1791-2019 that we assigned.

**AS THE JUDICIARY ALWAYS DOES,** they concealed our Natural Law Court, EXTORTED a fee for the opening of a Court of Record and then transported our Court of Justice to a de facto equity quasi-court of injustice operating under jurisdictions unknown.

**AS BAR CONTROLLED COURTS ALWAYS DO,** in order to maintain the status quo, the attorneys conspired with Judge Kahn to trespass on a common law case under a Common Law Tribunal (jury, the People) to conceal and use Rule12 to silence the People. In response on July 7th 2017, the Grand Jury filed a seven Count True Bill of Indictment against Judge Kahn for concealment, felony rescue, trespass upon the case, denial of due process, acting under color of law in an attempt to seize control of this court, manufacturing an unlawful order, and aiding and abetting.

**IN EVERY STAGE OF THESE OPPRESSIONS** we have petitioned for redress in the most humble terms.[95] Our repeated petitions have been answered only by repeated injury. Servants whose character is thus marked by every act which may define a tyrant, are unfit to be the stewards of a free People;

**WE HAVE WARNED** our elected and appointed servants from time to time of attempts by their unlawful legislative and judicial actions to extend intolerable jurisdiction over a free and independent People.

---

[94] See document #1009-01 Governors Redress of grievance filed at the United States Court for the Northern District of New York under case no 1:16-CV-1490. And can also be found at https://www.nationallibertyalliance.org/action-against-judiciary along with all filed documents.
[95] See United States District Court for the Northern District of New York case number 116-CV-1490, also available at www.nationallibertyalliance.org/action-against-judiciary.

Case 3:19-mc-00029-TMB    Document 1    Filed 08/22/19    Page 37 of 57

**WE HAVE REMINDED** them of their oaths and their duty to the same. We have appealed to
845     their sense of honor and justice, and we have reminded them of our covenant with our
Creator via the Declaration of Independence, and we have appealed to their conscience
to disavow these usurpations of our unalienable rights. But, they have closed their ears
to the voice of justice and have remained silent when having a duty to speak, which can
only be equated to fraud. We, therefore, the Sureties' of the Peace for the People of the
850     united States of America, via this tribunal, Assembled, appealing to the Supreme Judge
of the world for the righteousness of our intentions, do, in the Name, and by Authority
of the good People of these States, solemnly publish and declare, that these United
States are, and of Right ought to be, Free and Independent States.

**DECISION AND ORDER** by the Authority vested in We the People by God.

855     The following decision and Order by this Tribunal, a/k/a We the Sovereign People of
the united States of America more than 7,600 People Assembled from every State of the
Union and counting, was based upon One Hundred and Eighty Four Documents filed by
the People listed herein titled "List of Documents," (two pages) and docketed under
statutory Case No. 1:16-CV-1490 and Law Case No. 1776-1789-1791-2019. Said
860     documents can also be retrieved at >>>> https://www.nationallibertyalliance.org/action-
against-judiciary

The record shows that no defendant or respondent made any Return; no defendant or
respondent requested more time to answer; and, no defendant or respondent provided
any objection to the proceedings. We find the facts in this case to be overwhelmingly
865     self-evident; we find their silence and thereby acquiesce to be fraud. As in any case not
stifled by legalese, the spirit of truth will always prevail as it purges the darkness to be
judged in the light.

We the Tribunal a/k/a the Kings'[96] bench, herein "We the People" find that *"Silence can
only be equated with fraud where there is a legal or moral duty to speak, or where an
870     inquiry left unanswered would be intentionally misleading ..."*[97] and that *"it is the duty*

---

[96] **Rev 19:11-16** And I saw heaven opened, and behold a white horse; and he that sat upon him was called Faithful and True, and in righteousness he doth judge and make war. His eyes were as a flame of fire, and on his head were many crowns; and he had a name written, that no man knew, but he himself. And he was clothed with a vesture dipped in blood: and his name is called The Word of God. And the armies which were in heaven followed him upon white horses, clothed in fine linen, white and clean. And out of his mouth goeth a sharp sword, that with it he should smite the nations: and he shall rule them with a rod of iron: and he treadeth the winepress of the fierceness and wrath of Almighty God. And he hath on his vesture and on his thigh a name written, KING OF KINGS, AND LORD OF LORDS.
[97] U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

*of the courts to be watchful for the Constitutional rights of the citizen and against any stealthy encroachments thereon. It may be that it is the obnoxious thing in its mildest form; but illegitimate and unconstitutional practices get their first footing in that way; namely, by silent approaches and slight deviations from legal modes of procedure. This*
875 *can only be obviated by adhering to the rule that constitutional provisions for the security of persons and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against any stealthy*
880 *encroachments thereon. Their motto should be Obsta Principiis.*"[98],[99]

IN JANUARY 2004, We the People invited all three branches of government to a Conference to Restore Constitutional Order held in Washington DC and covered by CSPAN. The government at the last minute declined to attend, so we went forward without them and sent them a video documentary. The record shows that no respondent
885 made any Return and no respondent provided any objection. A copy can be viewed at https://www.nationallibertyalliance.org/road-continental-congress-2009

ON NOVEMBER 11, 2009, People of America gathered in St. Charles, Illinois, as Elected Delegates from each of forty-eight States, to discuss the federal government's constitutional violations and their refusal to be held accountable. The conclusion of the
890 Peoples' efforts is a 63 page Document called "Articles of Freedom." The record shows that no respondent made any Return and no respondent provided any objection.

DELEGATES TO THE CONTINENTAL CONGRESS 2009 and others from each of the several States in the spring of 2010 ceremonially served this document titled, "Articles of Freedom," with its Remedial Instructions on each United States Senator and
895 Representative in their offices located in their respective States, and on each governor and state legislators of both houses placing them on notice that We, the Free People of America, believe them to be in violation of their Oath of Office and the Constitution for the United States of America and thereby demand obedience to the Law. The record shows that no respondent made any Return and no respondent provided any objection.

---

[98] Boyd v. United, 116 U.S. 616 at 635 (1885).
[99] **OBSTA PRINCIPIIS. Lat.** Withstand beginnings; resist the first approaches or encroachments. Bradley, J., Boyd v. U. S., 116 U.S. 635, 6 Sup.Ct. 535, 29 L.Ed. 746.

900 **ON MAY 20TH 2015 THROUGH SEPTEMBER 26TH 2016,** the Grand Jury in the Spirit of Magna Carta and the Declaration of Independence as the Sureties of the Peace on behalf of the People, served a Writ of Quo Warranto, nine Writ Mandamuses, four Informations, one Declaration and one Show Cause upon the Federal government and fifty State Governments, sheriffs, state legislators and state judiciaries. The record
905 shows that no respondent made any Return and no respondent provided any objection.

**ON DECEMBER 14, 2016,** the Common Law Grand Jury on behalf of the People opened a Natural Law Court; whereas, the court clerk required $400 from the Grand Jury to open a court of Law, the People paid under protest. The Grand Jury stated that this Extraordinary Action is a Natural Law procedure at Law not unlike the unanimous
910 Declaration of the thirteen colonies of America. Whereas forty-three more Writs, Show Causes, Declarations, Redress of Grievances, Letters, Informations, ten Evidence Documents, 56 challenges of Non-Judicial Foreclosures ignored as evidence, and 26 Habeas Corpuses ignored as evidence were served upon the respondents and defendants named above, who have all failed to plea and defend.

915 **THIS EXTRAORDINARY NATURAL LAW DOCUMENT,** Writ Mandamus Demands that all elected, appointed and employed bureaucrats cease all unauthorized activities, acknowledge and obey the Law of the Land or resign your position. If defendants or respondents continue in their unlawful activities, the Grand Jury will answer with indictments. And, if any clerk or judge mutilates, conceals, carries away or denies the
920 filing of these documents, the Grand Jury will answer with indictments under 18 U.S. Code § 1001 and 18 USC § 2071. The People charge all the resisting respondents and defendants with contempt for their refusal to *"guarantee to every state in this union a republican form of government, and protect each of them against invasion."*[100]

Natural Law Courts are not to be defeated by Statutes & Equity Rules. The Judiciary is
925 to take judicial notice, that fraudulent court procedures have concealed the Peoples' right of Natural Law Courts, which is an act of treason and fraud upon the court via judicial machinery.[101] Be advised that this court of record proceeds according to Natural

---

[100] Article V Section 4: The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

[101] **Fraud upon the court:** In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated *"Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court have been directly corrupted."*

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 40 of 57

Law and not equity, [see Memorandum Law & Equity] where the tribunal is the People themselves, untainted. Whereas elected and appointed judges decide in equity courts only. Any attempt to interfere via summary judgments will be met with indictments. Any attempt to conceal, remove, mutilate, or destroy will also be met with indictments.

Rights are Unalienable, legislators cannot legislate rights away (abolish) no matter what the BAR's outcome based educated lawyers have instructed. Rights are unalienable meaning not transferable because they are bequeathed upon us by God and not man. Not even the People can give them up for themselves or others. Once the People ordained common law as the law of the land, no man can abrogate it because the Declaration of Independence was a Covenant with God that only He can revoke and thereby any attempt by the federal judiciary and congress to abrogate it is an act of war against the People and their God.

The covenant made between God and His people in 1776 empowered We the People to self-government. George Washington said the United States was built upon *"the fundamental maxims of true liberty" and that "the basis of our political systems is the right of the people to make and to alter their constitutions of government. But the Constitution which at any time exists, till changed by an explicit and authentic act of the whole people, is sacredly obligatory upon all. The very idea of the power and the right of the people to establish government presupposes the duty of every individual to obey the established government."*

SOVEREIGN PEOPLE HAVE AN UNALIENABLE RIGHT OF AUTHORITY: *"By God were all things created, that are in heaven, and that are in earth, visible and invisible, whether [they be] thrones, or dominions, or principalities, or powers: all things were created by him, and for him. And he is before all things, and by him all things consist."*[102] and through His Natural Law, We the People are vested with unalienable rights; governments are not! Our government servants' power and authority is defined in the Constitution that We the People ordained and established. Natural Law is written by God in the hearts of men. It is a process of maxims and common sense and is very easy to see and grasp by the common person, because Truth is self-evident.

Defendants and respondents being elected or appointed government servants are to be cognizant that the first documented Grand Jury in 1215AD was self-appointed. We the People have been entrusted to dispense justice through juries formed by the People

[102] Col 1:16-17.

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 41 of 57

960 ourselves. This Natural Law Court of Record of "We the Sovereign People" being the highest court in the land needs no permission to assemble ourselves and adjudicate. Does the master seek leave from his servants? And, the Judges of the United States Supreme Court with clipped sovereignty, being creatures of the law that we ordained, and thereby vested with authority under the chains of the Constitution have a duty to
965 speak and acknowledge the Law of the Land on the record.

Let us remind our servants that the first known documented Grand Jury was formed by the People themselves to put the tyrant king back under the control of the law via "Magna Carta" which was written by the People who wrote their intentions and commands down on that historical document where they declared:

970 *"If anyone has been dispossessed without the legal judgment of his peers, from his lands, homes, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then it will be decided by the five and twenty (25) jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the*
975 *lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice therein."* - Magna Carta, Paragraph 52

**AND THIS IS WHAT WE INTEND TO DO!** We have many attached cases via joinder and many more to follow. Whereas in any case where we find that due process was denied and the defendants were carried away to jurisdictions unknown, we will nullify and
980 immediately restore them via "Summary Judgments." *"As to the construction, with reference to Common Law, an important cannon of construction is that constitutions must be construed to reference to the Common Law." The Common Law, so permitted destruction of the abatement of nuisances by summary proceedings and it was never supposed that a constitutional provision was intended to interfere with this established*
985 *principle and although there is no common law of the United States in a sense of a national customary law as distinguished from the common law of England, adopted in the several states. In interpreting the Federal Constitution, recourse may still be had to the aid of the Common Law of England. It has been said that without reference to the common law, the language of the Federal Constitution could not be understood."* -
990 16Am Jur 2d., Sec. 114:

When the Federal Judiciary hears cases under civil and criminal jurisdiction, it is a de facto court[103] whereas the officers who conspired[104] under color of law acting as a nisi prius,[105] de facto,[106] quasi[107] court, not of record, proceeding "in equity" and not "at law"[108] and willfully injures, oppresses, defrauds and deprives[109] the People of their unalienable right[110] of due process, secured by the Bill of Rights, with the intent to

995

---

[103] **DE FACTO GOVERNMENT:** One that maintains itself by a display of force against the will of the rightful legal government and is successful, at least temporarily, in overturning the institutions of the rightful legal government by setting up its own in lieu thereof. Wortham v. Walker, 133 Tex. 255, 128 S.W.2d 1138, 1145.

[104] 18 USC 241: If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[105] **NISI PRIUS:** is a Latin term (Bouvier's Law) Where courts bearing this name exist in the United States, they are instituted by statutory provision.; Black's 5th "Prius" means "first." "Nisi" means "unless." A "nisi prius" procedure is a procedure to which a party FIRST agrees UNLESS he objects.; Blacks 4th - A rule of procedure in courts is that if a party fails to object to something, then it means he agrees to it. A nisi procedure is a procedure to which a person has failed to object A "nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

[106] **DE FACTO:** In fact, in deed, actually. This phrase is used to characterize an officer, a government, a past action, or a state of affairs which must be accepted for all practical purposes, but is illegal or illegitimate. In this sense it is the contrary of de jure, which means rightful, legitimate, just, or constitutional. Thus, an officer, king, or government de facto is one who is in actual possession of the office or supreme power, but by usurpation, or without lawful title; while an officer, king, or governor de jure is one who has just claim and rightful title to the office or power, but has never had plenary possession of it, or is not in actual possession. 4 Bl.Comm. 77, 78. MacLeod v. United States, 229 U.S. 416, 33 S.Ct. 955, 57 L.Ed. 1260; Wheatley v. Consolidated Lumber Co., 167 Cal. 441, 139 P. 1057, 1059.

[107] **QUASI.** Lat. As if; almost as it were; analogous to. This term is used in legal phraseology to indicate that one subject resembles another, with which it is compared, in certain characteristics, but that there are intrinsic and material differences between them. Bicknell v. ,Garrett, 1 Wash.2d 564, 96 P.2d 592, 595, 126 A.L.R. 258; Cannon v. Miller, 22 Wash.2d 227, 155 P.2d 500, 503, 507, 157 A.L.R. 530. Marker v. State, 25 Ala.App. 91, 142 So. 105, 106. It is often prefixed to English words, implying mere appearance or want of reality. State v. Jeffrey, 188 Minn. 476, 247 N.W. 692, 693.

[108] **AT LAW:** [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.; ALL CASES AT LAW. [Black's Law 4th] Within constitutional guaranty of jury trial, refers to common law ac-tions as distinguished from causes in equity and certain other proceedings. Breimhorst v. Beck-man, 227 Minn. 409, 35 N.W.2d 719, 734. According to law; by, for, or in law; particularly in distinction from that which is done in or according to equity; or in titles such as sergeant at law, barrister at law, attorney or counsellor at law. Hooker v. Nichols, 116 N.C. 157, 21 S.E. 208.

[109] 18 USC 242 Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[110] 42 USC 1983 Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person

DECLARATION OF LAW FOR CONSENT OF GOVERNMENT                                      PAGE 37 OF 50

proceed unlawfully to carry plaintiff away to jurisdictions unknown. Such courts are "inferior courts whose jurisdiction is limited and special and whose proceedings are not according to the course of the common law. Criminal courts proceed according to statutory law. Jurisdiction and procedure is defined by statute. Likewise, civil courts and admiralty courts proceed according to statutory law. Any court proceeding according to statutory law is not a court of record (which only proceeds according to common law); it is an inferior court." Therefore, when a Judge interferes in a Natural Law Court to seize control of the Tribunal via summary judgments in an attempt to quash justice (s)he is guilty of 'Obstruction of court orders' under 18 U.S. Code § 1509.[111]

Today by this extraordinary mandamus we order that defendants either repent, and obey the law of the land, or resign your position immediately. Failure to act will result in the wrath of We the People, via indictments.

We the People demand an end to this tyranny and remind the respondents that: *"The decisions of a superior court may only be challenged in a court of appeal. The decisions of an inferior court are subject to collateral attack. In other words, in a superior court one may sue an inferior court directly, rather than resort to appeal to an appellate court. Decision of a court of record may not be appealed. It is binding on ALL other courts. However, no statutory or constitutional court (whether it be an appellate or supreme court) can second guess the judgment of* [this] *court of record. "The judgment of* [this] *court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it."*[112]

**FEDERAL JUDICIARY:** Federal trial Courts[113] Jurisdictions are equity courts proceeding under the rules of equity[114] and whose jurisdiction is defined within the USC Title which proceeds with one appointed jurist (judge), when opened under one of the USC Titles, whose decision can be appealed. "All courts operating under USC Titles 1

---

within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,...

[111] **18 USC §1509 - Obstruction of court orders** - Whoever, by threats or force, willfully prevents, obstructs, impedes, or interferes with, or willfully attempts to prevent, obstruct, impede, or interfere with, the due exercise of rights or the performance of duties under any order, judgment, or decree of a court of the United States, shall be fined under this title or imprisoned not more than one year, or both.

[112] Ex parte Watkins, 3 Pet., at 202-203. cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973).

[113] **Federal Courts:** One United States Supreme Court, Ninety-Four Federal District Courts, and Thirteen Federal Circuit Court of Appeals.

[114] **USC TITLE 28:** Federal Rules of Judicial procedure, Appellate Procedure, Civil Procedure and Rules of Evidence apply to all equity courts proceeding under Titles 1 through 57 and not Law.

through 57 are inferior courts whose jurisdictions are limited and special and whose proceedings are not according to the course of the common law. Criminal courts are courts under USC 18 whose jurisdiction and procedure is defined by statute. Likewise, civil courts and admiralty courts proceed according to statutory law. Any court proceeding according to statutory law is not a court of Law (record), which only proceeds according to Natural (common) law; it is an inferior court."[115]

LAW COURTS, a/k/a Court of Record, or Natural Law Courts, proceed according to the rules of the common law; where the Judge is not the tribunal, but the Magistrate who administrates the will of the Petit Jury (People) [see Memorandum Petit Jury Authority] whose decisions are final and cannot be appealed. Even in criminal cases driven by statutes under USC Titles that we the People authorized. The Petit Jury continues with their sovereign power of nullification of any statute that they find inappropriate or repugnant to the facts of the case and where mercy can prevail.

WE THE PEOPLE HAVE SOVEREIGN IMMUNITY: Samuel Adams said, "*The natural liberty of man is to be free from any superior power on Earth, and not to be under the will or legislative authority of man, but only to have the law of nature for his rule.*" "*Laws are made for us; we are not made for the laws.*"[116] "*Under our system of government upon the individuality and intelligence of the citizen, the state does not claim to control him, except as his conduct to others, leaving him the sole judge as to all that affects himself.*"[117]

"Sovereignty itself is, of course, not subject to law, for it is the author and source of law."[118] The very meaning of 'sovereignty' is that the decree of the sovereign makes law.[119] A consequence of this prerogative is the legal ubiquity of the king. His majesty [God] in the eye of the law is always present in all His courts, though he cannot personally distribute justice.[120] His judges [People] are the mirror by which the king's image is reflected.[121]

We the People did not authorize Congress to legislate law for the Federal Courts to prosecute People, who are not a bureaucrat or not participating in interstate commercial

---

[115] Ex parte Watkins, 3 Pet., at 202-203. cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973).
[116] William Milonoff, (b.1972?) Executive Committee Vice-President, Free Democratic Party, Russia, 1993.
[117] Mugler v. Kansas 123 U.S. 623, 659-60.
[118] Yick Wo v. Hopkins, 118 US 356, 370.
[119] American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.
[120] Fortesc.c.8. 2Inst.186.
[121] 1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 45 of 57

1050 activities, but "only" under the following four instances. (1) Counterfeiting,[122] (2) Piracies on the high seas,[123] (3) Law of Nations[124] and (4) Treason.[125]

Federal prosecutors have no authority to seek an indictment against one of the People unless they are employed by the federal government and thereby fall under a controlling US Code, are engaged in commercial activity between states or are engaged in a 1055 unlawful commercial activity between states such as human trafficking, drug trafficking, sex trafficking, trafficking counterfeit goods or services, advocating overthrow of government, Identity Theft, Hijacking, Racketeering, Antitrust, Assassination, Bankruptcy Fraud/Embezzlement, Child Exploitation, Child Pornography, Computer Crime, Conspiracy, Copyright Matters, Counterfeiting, 1060 Counterintelligence Crimes, Cyber Crimes, border protection and the removal of illegal aliens, etc.

**USC JURISDICTIONS:** United States Code Titles 1 through 57 provide subject matter jurisdiction and personam jurisdiction in courts of equity for bureaucrats, namely elected appointed and hired public servants and for maritime and interstate commercial 1065 activities. These authorities can be found under Article I Section 8: clauses 3, 4, 6, 8, 10, 15, 17, and 18.[126] And, like foreign diplomats, We the People have sovereign immunity from all legislated laws. Said Titles do not provide for personam jurisdiction of the People, nor can it because it would be repugnant to Law, a/k/a Natural Law. Therefore, federal prosecutors have no authority to seek an indictment against a person 1070 for possessing a weapon or a so-called controlled substance even if said person crosses state lines.

---

[122] **Article I Section 8 Clause 6:** To provide for the punishment of counterfeiting the securities and current coin of the United States.
[123] **Article I Section 8 Clause 10:** To define and punish piracies and felonies committed on the high seas.
[124] **Article I Section 8 Clause 6:** To define and punish offenses against the law of nations.
[125] **Article III Section 3 Clause 2:** The Congress shall have power to declare the punishment of treason.
[126] **Article I Section 8 clause 18:** Empower Congress to make all laws which shall be necessary and proper for carrying into execution the foregoing seventeen powers. (3) To regulate commerce with foreign nations, and among the several states, and with the Indian tribes; (4) To establish a uniform rule of naturalization, and uniform laws on the subject of bankruptcies throughout the United States; (6) To provide for the punishment of counterfeiting the securities and current coin of the United States; (8) To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries; (10) To define and punish piracies and felonies committed on the high seas, and offenses against the law of nations; (15) To provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions; (17) To exercise exclusive legislation in all cases whatsoever, over such District (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over *all places* purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dockyards, and other needful buildings.

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 46 of 57

**USC TITLE 18** is not the Law of the Land, Title 18 is maritime & territorial jurisdiction [see Memorandum USC Title 18] and cannot be applied to the People, unless as we stated above they are a bureaucrat or involved in interstate commercial activities. Any attempt 1075 to try the People of legislative crimes is fraud and high treason.

**USC TITLE 26** is not the Law of the Land and cannot be applied upon the People. The Constitution clearly states in Article I Section 9 clause 4: that *"No direct, tax shall be laid."* In the US Supreme Court case Pollock v. Farmers Loan & Trust Co. (1898), the court defined a direct tax as a tax on a personal income; *"A tax upon one's whole* 1080 *income is a tax upon the annual receipts from his whole property, and as such falls within the same class as a tax upon that property, and is a direct tax, in the meaning of the Constitution."* The following are a few US Supreme Court decisions that make clear that USC Title 26 does not apply to personal income:

- *"The 16th Amendment does nothing except move the Income Tax out of the Indirect classification* 1085 *of duties (imposed on foreign imports), and into the Indirect classification of excises (imposed on privileges and commodities)."* – Brushaber v. Union Pacific R.R. Co., 240 US 1 (1916)
- *"Since the income tax is "without apportionment" by virtue of the wording of the 16th Amendment, it cannot be a direct tax, because direct taxes must still be apportioned. So, the income tax is still an indirect tax."* – Brushaber v. Union Pacific R.R. Co., 240 US 1 (1916)
1090 - *"Income has been taken to mean the same thing as used in the Corporation Excise tax of 19099 (36 Stat. 112). The worker does not receive a profit or gain from his/her labors--merely an equal exchange of funds for services."* – Brushaber v. Union Pacific R.R. Co., 240 US 1 (1916)
- *"...by the previous ruling, it was settled that the provisions of the 16th Amendment conferred no new power of taxation but simply prohibited the previous complete and plenary power of income* 1095 *taxation possessed by Congress from the beginning from being taken out of the category of indirect taxation to which it inherently belonged..."* – Stanton v. Baltic Mining Co. (1916)
- *"Congress cannot by any definition (of income in this case) it may adopt, conclude the matter, since it cannot by legislation alter the Constitution, from which alone it derives its power to legislate, and within whose limitations alone that power can be lawfully expressed."* - Eisner v. 1100 Macomber, 252 U.S. 189
- *"In construing federal revenue statute, Supreme Court gives no weight to Treasury regulation which attempts to add to statute something which is not there."* – United States v. Calamaro, 354 U.S. 351 (1957), and;
- *"The 16th Amendment does not justify the taxation of persons or things previously immune. It was* 1105 *intended only to remove all occasions for any apportionment of income taxes among the states. It does not authorize a tax on a salary."* – Evans V. Gore, 253 U.S. 245.

PLAN TO RETURN TO REPUBLICAN PRINCIPLES:[127] Madison to the People of the State of New York: *"According to the provisions of most of the constitutions, again, as well as according to the most respectable and received opinions on the subject, the members of* **the judiciary** *department are to* retain their offices by the firm tenure of good behavior.

Judges are creatures of the law and are bound to obey it. If judges break the law, they can be removed for bad behavior, prosecuted and sued for damages, they are duty bound to obey the Law. If judges fail to defend the Constitution when it's brought before them, they war against it and must be removed.

The United States Supreme Court confirmed in the case Marbury v Madison that *"unconstitutional legislation null and void..."* and in Cohen v Virginia[128] said, *"Decency, security, and liberty alike demand that government officials be subjected to the same rules of conduct that are commands to the citizen. In a Government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Crime is contagious. If government becomes a lawbreaker, it breeds contempt for the law...it invites every man to become a law unto himself...and against that pernicious doctrine, this court should resolutely set its face."[129] "Judges have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the Constitution."[130] "No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence."*

"When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost."[131] "A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts."[132] "When a judicial officer acts entirely without jurisdiction or without compliance with jurisdiction requisites, he may be held civilly

---

[127] Federalist papers No. 39.
[128] Ableman v. Booth, 21 Howard 506 (1859).
[129] Olmstead v U.S., 277 US 348, 485; 48 S. Ct. 564, 575; 72 LEd 944.
[130] Cohen v. Virginia, (1821), 6 Wheat. 264 and U.S. v. Will, 449 U.S. 200.
[131] Rankin v. Howard, (1980) 633 F.2d 844, cert. den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.
[132] Davis v. Burris, 51 Ariz. 220, 75 P.2d 689 (1938).

liable for abuse of process even though his act involved a decision made in good faith, that he had jurisdiction."[133]

1135 We the People vested the United States Supreme Court as final arbitrator over all inferior federal courts in Article III Section 1: The Judicial Power of the United States shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behavior. And since Congress has neither the
1140 Backbone nor the Will to do their duty and if the United States Supreme Court does not perform an Extraordinary Act necessary to secure our Union, then We the People most certainly will.

**WHEREFORE FOR THE REASONS STATED HEREIN IT IS HEREBY**

**ORDERED THAT THE UNITED STATES SUPREME COURT IS** to take action and secure the
1145 Republic on behalf of the People by removing judges in bad behavior, "*Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason.*" – Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958), we have reported subversion against the People from within the federal judiciary,
1150 indictments are imminent; and immediately decree via Writ Mandamus to all Federal District Court Judges and Magistrates that:

1) They are to return the decorum of the court; The US Supreme Court has a duty to secure the Peoples' court by commanding judges not to trespass or hijack Courts of Record.
1155 2) Federal District courts are to obey the Law of the Land.
3) Federal District courts are to acknowledge Natural Law Courts.
4) Federal District courts are to hear Habeas Corpus cases within three days and dispose of the cases justly.
5) Federal District courts are to cease all prosecutions of People under USC Title 18
1160 that are not bureaucrats or not involved in interstate commercial activities.
6) Federal District courts are to cease all prosecutions of People under USC Title 26 for income tax or failing to file.

---

[133] Little v. U.S. Fidelity & Guaranty Co., 217 Miss. 576, 64 So. 2d 697.

7) Federal District courts are to provide a form to file a Natural Law Court case for cause.

8) Federal District courts are not to charge statutory fees in non-statutory cases (Courts of Record) for justice.

9) Federal District courts are to give judicial notice to all district courts that:

   a. Courts of Record are Natural Law Courts and therefore the rules of Title 28 do not apply.

   b. USC Title 26 is not positive law

   c. With the exception of "*...destruction of the abatement of nuisances by summary proceedings...* "[134] so permitted under 16 American Jurisprudence 2d., Sec. 114, summary judgments are not permitted in Courts of Record.

   d. Any judge who tries to prevent the right of the people to petition the Government for a redress of grievances under Amendment I[135] commits a crime under USC Title 18.

   e. If a federal prosecutor would like a Grand Jury empaneled, they are to call them forth through the administration entrusted by the People of the county that is to lawfully empanel an impartial, untainted, informed Grand Jury. And if an indictment is procured, the said administration shall empanel an impartial, untainted, informed Petit Jury.

10) JURY TAMPERING AND STACKING: [see Memorandum Jury Tampering & Stacking] We the People have the unalienable right to consent, or not to consent, as to the government accusations against the People. The "Handbook for Federal Grand Jurors" and Trial Jurors are subversive and are 100% proof of jury tampering in every single federal court and thereby shows the need for free and independent Grand and Petit Jury Administrators.

All officers of the court (judge, prosecutor, appointed counsel, attorneys, Sheriffs/Marshalls and clerk), law enforcement agencies, US Marshalls and Legislators' of statutes are employed by the government and/or are members of

---

[134] **16Am Jur 2d., Sec. 114:** "*As to the construction, with reference to Common Law, an important cannon of construction is that constitutions must be construed to reference to the Common Law." The Common Law, so permitted destruction of the abatement of nuisances by summary proceedings and it was never supposed that a constitutional provision was intended to interfere with this established principle and although there is no common law of the United States in a sense of a national customary law as distinguished from the common law of England, adopted in the several states. In interpreting the Federal Constitution, recourse may still be had to the aid of the Common Law of England. It has been said that without reference to the common law, the language of the Federal Constitution could not be understood.*"

[135] **Amendment I:** Congress shall make no law respecting ... the right of the people to petition the Government for a redress of grievances.

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 50 of 57

the BAR which teaches their members to be anti-constitutional and anti-common law, and thereby subversive by simply maintaining their ignorance of the Constitution and the Common Law as they are trained to place the letter of the law above the essence of common law, that being justice and mercy.

195     Allowing our servants to control the jury has bred "absolute" government corruption and control. Therefore, it is the unalienable right of We the People to provide for the administration of our grand and petit juries ourselves, within our counties.[136]

200  11) **AMENDMENT X:** The assumption of sovereign power and the institution of government by consent are acts of supreme authority, which the people alone are competent to perform. And accordingly, it is in the name of and by the authority of the people, that the judiciary was vested. Whereas the United States Supreme Court and federal district courts have seized powers not delegated to them, in violation of the 10th Amendment.

205     A case in point, the People are to decide through Courts of Justice and not judges via courts' of equity, the <u>abortion</u> issue which is a <u>natural law</u>[137] and not a positive (human) law[138] issue that was unconstitutionally adjudicated by the United States Supreme Court which is an "equity court" governed by codes and statutes. This brings the issue into its proper jurisdiction a "Natural Law Court of
210     Record" adjudicated by the King's Bench (jury – We the People) consisting of twelve People who are to mirror the will of nature's God, answering to Him alone. The United States Supreme Court does not have the authority to act like God's adversary that they can change God's Laws.

215     <u>Dan 7:25</u>: "*And he shall speak great words against the most High, and shall wear out the saints of the most High, and think to change times and laws*."

     Amendment X: "*The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the People*."

---

[136] The first recorded grand jury was established by the People through the Magna Carta, whereas the grand jury assembled itself and brought the tyrant king into subjection back under the will of the People; and today, now, herein, so do We the People.
[137] **Natural Law:** Laws of nature and of nature's God; here men are subject to the will of God with unalienable right at liberty from all human law.
[138] **Human Law:** Code, Statutes and Regulations; here men are subject to the will of government with legislated civil rights, a/k/a as privileges, that are granted, or not, by government.

The United States Supreme Court and its federal judiciary is in bad behavior.
1220    They have unlawfully treaded upon the rights of the People and the States to
govern themselves. And most alarming, they think they can change the laws of
God. Therefore, the United States Supreme Court and its inferior courts are to
immediately cease their lawless jurisdictional advances designed to spread their
socialist agenda, stop encroaching upon the Peoples' unalienable right protected
1225    by the 10th Amendment, and stop legislating from the bench or suffer the
consequences of indictment for subversion, conspiracy, and treason.

**TO CONGRESS:** The Declaration of Independence was a covenant between the People and
their God, placing themselves under His Law and thereby we receive the blessings of
Liberty. Upon this foundation, the Constitution was framed and its Bill of Rights
1230    became its crown by which all legislation is tried.

While the Constitution can be amended as per Article V, the balance of power between
the three branches of federal government, the sovereign states, and the sovereign People
cannot be altered in any way that would affect that balance. This was Jefferson's
Freedom Formula founded in the Bible which prevents the misconstruction or abuse of
1235    government powers. It's self-evident truth and genius was immediately recognized and
embraced by our founding fathers. It is our American Heritage and any attempt to alter
that balance is an act of war.

This Biblical formula vested the People Paramount and any legislation that is repugnant
to our unalienable rights is repugnant to the Law of the Land and thereby null and void.
1240    We were clear that Congress shall make no law that will infringe upon our heritage.
And via Article VI[139] we required that all elected and appointed bureaucrats to be bound
by oath or affirmation, to support the Constitution. Congress in response wrote the
required oath of office to be taken in Title 5 USC §3331.[140] This oath necessitates that
elected or appointed oath takers are to <u>support</u> and <u>defend</u> the Constitution and if their

---

[139] **Article VI:** The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

[140] 5 USC §3331: Oath of office: An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God." This section does not affect other oaths required by law.

1245     personal views are too strong as to prevent them from upholding that oath, they would not be worthy to be our stewards because their oath would be a lie!

    People have freedom of speech and thereby have a right to express any view including atheism, communism, socialism, Nazism, etc. as long as they do no harm. They also have the unalienable right to remain silent when questioned by the government or
1250     anyone. But, elected and appointed servants when faithfully discharging the duties of their office have no right to be silent, but to the contrary have a duty to speak, for to be silent would be fraud![141] They also do not have the right to express a view that does not support and defend the Constitution while they are faithfully discharging the duties of their office. Therefore, while faithfully discharging the duties of their office, if they
1255     campaign and champion to advocate[142] any position that would abrogate a Natural Right such as the right to bear arms, it would be a violation of their oath, an act of war against the Constitution,[143] placing them in bad behavior[144] and the only proper remedy is removal from office. And if Congress does not have the backbone to remedy by impeachment via Article II Section 4[145] and Article I Section 3 clause 7[146] for bad
1260     behavior, then we the People will via indictment.

---

[141] "Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading..." - U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

[142] 18 U.S. CODE §2385 - *Advocating overthrow of Government: Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, or the government of any political subdivision therein, by force or violence, or by the assassination of any officer of any such government; or Whoever, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States by force or violence, or attempts to do so; or Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof-*

[143] Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason. - Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958).

[144] Article III Section 1: ...The judges, both of the supreme and inferior courts, shall hold their offices during good behavior...

[145] Article II Section 4: The President, Vice President and all civil officers of the United States, shall be removed from office on impeachment for, and conviction of, treason, bribery, or other high crimes and misdemeanors.

[146] Article I Section 3 clause 7: Judgment in cases of impeachment shall not extend further than to removal from office, and disqualification to hold and enjoy any office of honor, trust or profit under the United States: but the party convicted shall nevertheless be liable and subject to indictment, trial, judgment and punishment, according to law.

DECLARATION OF LAW FOR CONSENT OF GOVERNMENT             PAGE 47 OF 50

1) To impeach and remove ALL judges that are in bad behavior. *"Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason."* – Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958).

2) To show by what constitutional authority they act when they propose legislation.

3) To legislate law that the Constitution and Civics are to be taught in elementary and high school.

4) Congress is to restore the original 13th Amendment. In January, 1810, Senator Reed proposed the "Title of Nobility" Amendment. The Senate voted to pass by a vote of 26 to 1; the House resolved in the affirmative 87 to 3; by Dec. 10, 1812 twelve of the required thirteen States ratified in 1819. (see Memorandum Amendment XIII) We suggest that Congress combine the latter 13th Amendment with the 14th Amendment.

5) Under 16th American Jurisprudence, Second Edition, Section 177:[147] Congress is to repeal the 17th Amendment for the following reasons: Said Amendment usurped the States independence whereas these united States have been deprived their equal suffrage in the Senate in violation of the Constitution Article V and the balance of power thereby removing their sovereignty and destroying their Republican Form of government that the federal government was to protect under Article IV Section 4 and upset the checks and balances of power between the States and the Federation. The 17th Amendment also robbed the States of their ability to exercise powers not delegated to the United States by the Constitution, nor prohibited by it to the States, that was reserved to the states respectively, or to the people, protected by the 10th Amendment and thereby stealing the States sovereignty. Furthermore the 17th Amendment was not ratified and many

---

[147] **16th American Jurisprudence, Second Edition, Section 177:** "The general misconception is that any statute passed by legislators bearing the appearance of law constitutes the law of the land. The U.S. Constitution is the supreme law of the land, and any statute, to be valid, must be in agreement. It is impossible for both the Constitution and a law violating it to be valid; one must prevail. This is succinctly stated as follows: "The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose; since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it. As unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Such a statute leaves the question that it purports to settle just as it would be had the statute not been enacted." "Since an unconstitutional *law is* void, the general principles follow that it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it...".

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 54 of 57

1290  unconstitutional acts by Congress and the Judiciary would have been prevented if the States were not deprived of their clipped sovereignty by the unconstitutional 17th Amendment. We are a nation of Law and because the 17th Amendment wars against the balance of power and if an Amendment cannot be procured, nullification by Congress is sufficient. The 17th Amendment cannot stand!

6)  Congress is to clarify that the 16th Amendment, which attempts to turn the People into indentured servants and subject them to debtors' prisons, does not and cannot authorize a direct tax.

7)  Congress is to repeal all legislation that subjects the People to government authority. We the People vested the United States Congress with seventeen powers[148] to write regulations, codes, and statutes under Article I Section 8 clause 18.[149] None of the said legislative powers permit legislation of the Peoples' behavior, only the behavior of bureaucrats and commercial activities. Congress has no authority to write a penal code "*to punish the People*" or a tax code "*to enslave the People*." The People are "*not subject to any of the laws of the United States*" without their permission. And they give their permission when they engage in activities defined under Article I Section 8.

8)  Congress is to provide law and funds to properly secure our borders. Our servants have exposed We the People to all the dangers of invasion from without, and subversion from within; Our servants have obstructed the laws for illegal-aliens who are flooding our nation with foreign insurgents some hostile destroying our economy and putting at risk the security of our States.

9)  Congress is to make regular not restrict commerce with foreign nations, and among the several states,[150] and with the Indian tribes.

---

[148] **Article I Section 8 clause 1-17:** The Congress shall have power to lay and collect taxes, duties, imposts and excises, to pay the debts, provide for the common defense and general welfare, borrow money, regulate commerce with foreign nations, and among the several states, and Indian tribes, establish a uniform rule of naturalization, uniform laws on the subject of bankruptcies, coin money, regulate the value thereof, and of foreign coin, fix the standard of weights and measures, provide for the punishment of counterfeiting securities and current coin, establish post offices, post roads, promote the progress of science and useful arts, constitute tribunals, define and punish piracies and felonies committed on the high seas, and offenses against the law of nations, declare war, grant letters of marque and reprisal, make rules concerning captures on land and water; raise and support armies, provide and maintain a navy, make rules for the government and regulation of the land and naval forces, provide for calling forth the militia, provide for organizing, arming, and disciplining, the militia, and for governing such part of them as may be employed in the service of the United States, exercise exclusive legislation in all cases over such [Federal] District (not exceeding ten miles square) exercise like authority over and for the erection of forts, magazines, arsenals, dockyards, and other needful buildings.

[149] **Article I Section 8 clause 18:** [The Congress shall have power to] make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.

[150] **Article I Section 8 Clause 3:** To regulate commerce with foreign nations, and among the several states, and with the Indian tribes.

Case 3:19-mc-00029-TMB   Document 1   Filed 08/22/19   Page 55 of 57

10) Congress is to coin money[151] and NOT print paper money not backed by gold or silver (silver certificate), nor is congress to pass their vested power of coining to foreign bankers.

11) Congress is to coin only gold or silver.[152]

12) Congress is not to turn over control of our post offices[153] to foreign control.

13) Congress is to cease taking money from special interest groups for a favorable vote. Congress was sent to Washington to represent the will of the People not corporations. To sell your vote and soul to the highest bidder is hereinafter a bribe and thereby a felony.

14) Our language is clear in Article I Section 3 Clause 4 which states "*The Vice President of the United States shall be President of the Senate, but shall have no vote, unless they be equally divided.*" And that there can be NO rule making that can abrogate our law. Therefore, Senate decisions, unless we said otherwise, need only a majority vote to pass. Obey the Law or we will remove all that resist via Indictments.

AND, COMMANDED that all elected, appointed and hired servants are to obey the Law of the Land and join the People in our quest to reinstate the Constitution for the United States of America and bring to Justice all subverters[154] who resist.

AND, RESOLVED AND DECIDED, that any resistance, mutilation or returned documents (filing) will be answered with Indictments.

IT IS SO ORDERED

(SEAL: UNIFIED UNITED STATES · LEX NATURALIS · SEAL · 1215 AD · DEI GRATIA · GRAND JURY SEAL)

August 14, 2019

Albany, New York

_____
Jury Foreman
Natural Law Tribunal

---

[151] **Article I Section 8 Clause 5:** To coin money, regulate the value thereof, and of foreign coin, and fix the standard of weights and measures; To provide for the punishment To regulate commerce with foreign nations, and among the several states, and with the Indian tribes.

[152] **Article I Section 10 Clause 1:** No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts, or grant any title of nobility.

[153] **Article I Section 8 Clause 7:** To establish post offices and post roads.

[154] **18 U.S. Code §2** "Principals (a) Whoever commits an offense against the United States or aids, abets, *counsels*, commands, induces or procures its commission, is punishable as a principal. (b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal."

DECLARATION OF LAW FOR CONSENT OF GOVERNMENT                    PAGE 50 OF 50



PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

**UNITED STATES**

PRIORITY MAIL

**UNITED STATES POSTAL SERVICE.**    *Retail*

| P | US POSTAGE PAID |
|---|---|
| | **$7.35** |

Origin: 15217
08/19/19
4166280017-21

**PRIORITY MAIL 3-DAY ®**

0 Lb 12.30 Oz

1004

EXPECTED DELIVERY DAY: 08/22/19

C095

SHIP
TO:
222 W 7TH AVE
ANCHORAGE AK 99513-7500

**USPS TRACKING NUMBER**



9505 5154 4513 9231 3204 32

United States
Postal Service®

- Date of deli
- USPS TRACK
  international
- Limited inter
- Pick up avail
- Order supplie
- When used i
  declaration la

\* Domestic on

hedule free
age Pickup,
he QR code.

EP14F Oct 2018

This envelope... -consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service October 2018; All rights reserved.

FROM:

UUS Common Law Grand Jury
P.O. Box 59
Valhalla, NY 10595

TO:

Chief Judge
United States District Court
for the District of Alaska
222 W. Seventh Avenue
Anchorage, AK 99513-9513