# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway, Albany, NY. 12207-2936 •

| | |
|---|---|
| United States Grand Jury[1] (*Status: sovereign*[2]) Tribunal, the People<br><br>- against -<br><br>United States Supreme Court, Federal Judiciary, U.S. Senate, and U.S. House of Representatives<br>(*Status: stripped sovereignty*)<br><br>Defendants | **JURISDICTION:** Court of Record[3]<br>Law Case No. <u>1776-1789-1791-*2019*</u><br>Depository Case No. <u>1:16-CV-1490</u>.<br>Administrator <u>Grand Jury Foreman</u><br><br>**DECISION & ORDER**<br>**OBEY THE**<br>**LAW OF THE LAND**<br><br>Copied: President Trump & AG William Barr |

*[Stamp overlay: VOID. THIS IS NOT A VALID COURT ORDER. IT IS A FILING BY A SELF-REPRESENTED LITIGANT]*

## FAKE LAW & FAKE COURTS

According to the Federal Judicial Center[4] "*A Government Agency*," stated that on September 16, 1938 under the "*Rules Enabling Act of 1934,*" *the Supreme Court enacted uniform rules of procedure for the federal courts.* [Pursuant to its fiction of authority[5]] *under the new rules, suits in equity and suits at common law were grouped together under the term "civil action,"*[6] claiming that "*rigid application of <u>common-law-rules</u>* [a/k/a God's self-evident truths, maxims] *brought about injustice.*" This was

---

[1] The UUSCLGJ is comprised of fifty Grand Juries each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of people in the name of We the People to suppress, through our Courts of Justice, subverters both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] "'Sovereignty' means that the decree of sovereign makes law, and foreign courts cannot condemn influences persuading sovereign to make the decree." Moscow Fire Ins. Co. of Moscow, Russia v. Bank of New York & Trust Co., 294 N.Y.S. 648, 662, 161 Misc. 903. The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 4... Wharves Sec. 3, 7.

[3] "*A Court of Record* is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **The Federal Judicial Center** is the research and education agency of the judicial branch of the United States Government. The Center supports the efficient, effective administration of justice and judicial independence. Its status as a separate agency within the judicial branch, its specific missions, and its specialized expertise enable it to pursue and encourage critical and careful examination of ways to improve judicial administration. The Center has no policy-making or enforcement authority; its role is to provide accurate, objective information and education and to encourage thorough and candid analysis of policies, practices, and procedures. https://www.fjc.gov/history/timeline/federal-rules-civil-procedure-merge-equity-and-common-law

[5] FICTION OF LAW: "*Something known to be false is assumed to be true.*" Ryan v. Motor Credit Co., 130 N.J.Eq. 531, 23 A.2d 607, 621. "*That statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land.*" - Hoke vs. Henderson,15, N.C.15,25 AM Dec 677. "*A rule of law which assumes as true, and will not allow to be disproved, something which is false, but not impossible.*" Best, Ev. 419.

[6] Fake law

propaganda, an act of Treason whereas the Supreme Court and Congress under the teachings and guidance of the treacherous subversive American Bar Association, in an Act of Conspiracy and Treason, a silent coup, they claimed the abrogation of Common Law with its Unalienable Rights that was endowed upon us by our Creator. By covert means, under Rule 2 obscurely stating: "***There is one form of Action – the civil action***," written and interpreted by the ABA and taught as fact to BAR minions.

Laws are inflexible, and carry stiff penalties including imprisonment, and in some cases, death. Rules cannot impeach Law. Rules are set by organizations and individuals and are nothing more than prescribed conduct in a particular area. Natural Law Constitutions can never be changed by legislation and certainly cannot be abrogated by arbitrary rules of tyrants.

## NATURAL LAW

There is Natural Law, aka common law; there is civil & criminal law, a/k/a roman law, municipal law, or Justinian code; and there is positive law, a/k/a equity. We the People via the Constitution vested the judiciary with Law and equity under Article III Section 1: "*The Judicial Power of the United States, shall be vested in one Supreme court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behavior,*" and Article III Section 2: "*The judicial power **SHALL EXTEND** to all cases, in **LAW AND EQUITY**, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;…*" As We the People ordained in said Article III Section 1&2 the United States Supreme Court and the Federal Judiciary's judicial powers extended to Law and equity. We did not give Congress or the Judiciary power to legislate or enforce civil and criminal statutes which are disguised as law and were written by tyrants to conceal the Common Law and oppress the people. They have been deluded into believing we are their subjects.

All judges are bound by their oath to the Supreme Law of the Land, a/k/a the US Constitution under Article VI Clause 2; "*This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*" "*Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason.*" – Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)

The only Laws that apply to We the People are the Laws of Nature and of Nature's God of which we are entitled. We the People have declared in our founding document that, "*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness…. That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed.*"[7] "*Where rights secured by the Constitution are involved, there can be no rule making or*

---

[7] Declaration of Independence.

*legislation which would abrogate them.*"[8] The Rules Enabling Act of 1934 passed by Congress in 1934
gave the Supreme Court the power to make rules of procedure and evidence for federal courts "in
equity" as long as they did not "*abridge, enlarge, or modify any substantive right.*" The Supreme Court
needs to be reminded that rules are not law. They are just rules with no authority to group together
suits in equity and suits at common law under the term civil law, a/k/a Babylon law. Congress doesn't
even possess such authority.

## COMMON LAW – EQUITY – CIVIL/CRIMINAL LAW

"COMMON LAW" ELUDES DEFINITION because it is not a list of laws; it is not built upon precedents or a
collection of equity court rulings. Common Law is written into our hearts and minds being naturally
common onto all men.[9] For even the godless having not the law, do by nature the things contained in
the law, showing the work of the law written in their hearts, their conscience also bearing witness.[10]

Common Law is the Laws of Nature and of Nature's God that proceed upon two self-evident truths,
called maxims: (1) for every injury there must be a remedy and in order (2) for there to be a crime
there must be an injured party, without which no court may proceed. Maxims are brief statements of
self-evident truth that control our Common Law courts. They provided discernment in the writing of
our founding documents. It is an adviser to our legislatures, and every consideration of mankind that
seeks what's fair and best for all.

COURTS THAT DO NOT HONOR OR CONSIDER THESE MAXIMS ARE NOT "JUST." Indeed, whether and to
what extent these common law maxims are honored by public leaders is how we test the way they
administer the law to govern us. Our courts were established to enforce these principles of common
law, the word Justice is synonymous with virtue, and virtue is a biblical principle that emanates from
Jesus Christ alone.[11] Maxims are the laws that never change. These statements set essential limits on
truth and are essential to the fair and efficient administration of justice according to the common law of
mankind. No right-thinking person can disagree with a maxim. Every court is bound by the common
law rules of equity established by the never-changing maxims. Maxims test those who judge and put
an absolute limit on those who rule.

"EQUITY" (POSITIVE LAW) is a body of jurisprudence,[12] or field of jurisdiction, differing in its origin,
theory, and methods from the common law.[13] "*Equity*[14] *is called positive law, which is actually and*

---

[8] Miranda v. Arizona, 384 U.S. 436, 491.
[9] **Heb 10:16** This is the covenant that I will make with them after those days, saith the Lord, I will put my laws into their hearts, and in their minds will I write them.
[10] **Rom 2:14-15** For when the Gentiles, which have not the law, do by nature the things contained in the law, these, having not the law, are a law unto themselves: Which show the work of the law written in their hearts, their conscience also bearing witness, and their thoughts the mean while accusing or else excusing one another.
[11] **Luke 6:17-19** And he came down with them, and stood in the plain, and the company of his disciples, and a great multitude of people out of all Judaea and Jerusalem, and from the sea coast of Tyre and Sidon, which came to hear him, and to be healed of their diseases; And they that were vexed with unclean spirits: and they were healed. And the whole multitude sought to touch him: for there went virtue out of him, and healed them all.
[12] **JURISPRUDENCE:** The philosophy of law, or the science which treats of the principles of positive law and legal relations.

Case 3:19-mc-00029-TMB   Document 3   Filed 09/23/19   Page 3 of 7

*specifically enacted or adopted by proper authority*, [We the People] *for the government of an organized jural society. A 'law' in the sense in which that term is employed in* [American] *jurisprudence, is enforced by a sovereign political authority* [Congress empowered and governed by Article I Section 8]. *It is thus distinguished not only from all rules which, like the principles of morality and the so-called laws of honor and of fashion* [construction of law] *from all rules enforced by a determinate authority* [Constitution] *which is politically subordinate* [to the People]. *In order to emphasize the fact that 'laws,' in the strict sense of the term, are thus authoritatively imposed, they are described as positive laws.*"[15]

"CIVIL LAW," "ROMAN LAW" AND "ROMAN CIVIL LAW" "*are convertible phrases, meaning the same system of jurisprudence. That rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called 'municipal' law* [tyrannical rule] *to distinguish it from the "law of nature."*[16] Civil law finds its beginnings in Babylon, placing the accused under the will of an earthly king who believes he had a divine right to rule over the people of his kingdom. Usually the king's court is ruthlessly presided over by a priest or a judge who will execute the will of the king over his subjects without mercy. Sounds familiar! Babylonian (civil/criminal) courts were inquisitorial where the judge is both prosecutor and jury. Babylonian law morphed into the Roman Empire's law and Roman Empire's law morphed into the Code of Justinian used by the Roman Pontiffs to ruthlessly rule the Western world for 1260 years through the Roman Catholic Church.

Roman civil law waged war against the Common Law of England until King John was chained down by the Magna Carta in 1215. Today the Common Law of England is all but lost. In America civil law has been nibbling away at the Common Law of the United States since 1789 and was all but lost to the tyrannical judiciary by the American Bar Association via the "Rules Enabling Act of 1934." But today, the American People are waking up to the evils of the New World order and its Deep State and are rediscovering their Heritage and their Natural Law Courts that were stolen and concealed by the United States Supreme Court in the mid-20th Century, enabled by the US Congress and Senate.

"FAKE COURTS" are those whose jurisdiction is limited and special *and whose proceedings are not according to the course of the common law.*"[17] Criminal courts proceed according to *statutory law*. Jurisdiction and procedure is defined by statute. Likewise, civil courts and admiralty courts proceed according to statutory law. Any court proceeding according to statutory law is not a court of record (which only proceeds according to common law); it is an inferior court. "The only inherent difference ordinarily recognized between superior and inferior courts is that there is a presumption in favor of the validity of the judgments of the former, none in favor of those of the latter, and that a superior court

---

[13] Laird v. Union Traction Co., .2 08 Pa. 574, 57 A. 987.
[14] **EQUITY JURISPRUDENCE:** That portion of remedial justice which is exclusively administered by courts of equity as distinguished from courts of common law. Jackson v. Nimmo, 3 Lea (Tenn.) 609. More generally speaking, the science which treats of the rules, principles, and maxims which govern the decisions of a court of equity, the cases and controversies which are considered proper subjects for its cognizance, and the nature and form of the remedies which it grants.
[15] Holl.Jur. 37.
[16] **See Bowyer**, Mod. Civil Law, 19; Sevier v. Riley, 189. Cal. 170, 244 P. 323, 325.
[17] Ex Parte Kearny, 55 Cal. 212; Smith v. Andrews, 6 Cal. 652.

may be shown not to have had power to render a particular judgment by reference to its record.[18] "But when a court acts by virtue of a special statute conferring jurisdiction in a certain class of cases, it is a court of inferior or limited jurisdiction for the time being, no matter what its ordinary status may be."[19]

The decisions of a superior court may only be challenged in a court of appeal. The decisions of an inferior court are subject to collateral attack. In other words, in a superior court one may sue an inferior court directly, rather than resort to appeal to an appellate court. Decisions of a court of record may not be appealed. It is binding on ALL other courts. However, no statutory or constitutional *court (whether it be an appellate or supreme court)* can second guess the judgment of a court of record. "The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of the United States Supreme Court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it."[20]

## HIGH TREASON[21]

The United States Supreme Court and the Federal Judiciary are creatures of the law and have no authority to legislate from the bench or by rules.

- You cannot abrogate the Common Law without abrogating the Laws of Nature and of Nature's God and thereby abrogate our Declaration of Independence.
- You cannot abrogate the Common Law without abrogating the Blessings of Liberty and thereby abrogate our Constitution for the United States of America.
- You cannot abrogate the Common Law without abrogating our unalienable right of Habeas Corpus,
- You cannot abrogate the Common Law without abrogating our 1st Amendment's unalienable right of free speech, religion, press or to petition the government for redress of grievances.
- You cannot abrogate the Common Law without abrogating our 2nd Amendment's unalienable right to defend our self from you when you come for our guns.
- You cannot abrogate the Common Law without abrogating our 4th Amendment's unalienable right to be secure in our persons, houses, papers, and effects.
- You cannot abrogate the Common Law without abrogating our 5th Amendment's unalienable right of due process and protection from judicial tyranny via an untainted Grand Jury.
- *You cannot abrogate the Common Law without abrogating our 6th Amendment's unalienable right of a speedy and public trial, by an impartial jury and assistance of counsel.*
- You cannot abrogate the Common Law without abrogating our 7th Amendment's unalienable right of trial by untainted jury of our peers under the rules of the common law.
- You cannot abrogate the Common Law without abrogating our 8th Amendment's unalienable right against excessive bail, excessive fines and cruel and unusual punishments.
- You cannot abrogate the Common Law without abrogating our 9th Amendment's unalienable right of many more rights retained and not enumerated.

---

[18] Ex parte Kearny, 55 Cal. 212. Note, however, that in California 'superior court' is the name of a particular court.
[19] Heydenfeldt v. Superior Court, 117 Cal. 348, 49 Pac. 210; Cohen v. Barrett, 5 Cal. 195" 7 Cal. Jur. 579.
[20] Ex parte Watkins, 3 Pet., at 202-203. [cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973)]
[21] **High Treason:** Treason against the king or sovereign. 4 Bl.Comm. 74, 75; 4 Steph. Comm. 183, 184, note.

[Stamp across page: VOID. THIS IS NOT A VALID COURT ORDER. IT IS A FILING BY A SELF-REPRESENTED LITIGANT]

- You cannot abrogate the Common Law without abrogating our 10th Amendment's unalienable right of Free and independent States.
- You cannot abrogate the Common Law without warring against God.
- You cannot abrogate the Common Law without warring against the Constitution.
- You cannot abrogate the Common Law without warring against We the People.

### THE UNITED STATES SUPREME COURT IS TO ACT OR STAND GUILTY OF MISPRISION OF TREASON

<u>18 USC § 2382</u> - *Misprision of treason - Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.*

### THE UNITED STATES SUPREME COURT IS TO ACT OR STAND GUILTY OF FRAUD UPON THE COURT

In Bulloch v. United States, the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function, thus where the impartial functions of the court have been directly corrupted."

### THE UNITED STATES SUPREME COURT IS TO SPEAK OR STAND GUILTY OF FRAUD

"Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading."[22]

<u>DECIDED</u>, the United States Supreme Court is commanded to act, speak, open our Courts of Justice and Obey the Supreme Law of the Land, while we still bring an olive branch. The court's obscure writing and ABA interpretation of Rule 2 is repugnant to the United States Constitution Article III Section 2 clause 1 and Article VI clause 2. It was and IS Treason and is hereby nullified. We intend on "Making our Courts Just Again," we will never surrender!

IT IS SO ORDERED

September 16, 2019
Albany, New York

[Seal: UNIFIED UNITED STATES · LEX NATURALIS · 1215 AD · DEI GRATIA · GRAND JURY SEAL]

Jury Foreman
Natural Law Tribunal

---

[22] U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932

UUS Common Law Grand Jury
P.O. Box 59
Valhalla, NY 10595

19 SEP 2019 PM 2 L

USA FOREVER

VOID. THIS IS NOT A VALID COURT ORDER.
IT IS A FILING BY A SELF-REPRESENTED LITIGANT.

Chief Judge
United States District Court
for the District of Alaska
222 W. Seventh Avenue
Anchorage, AK 99513-7513

99513-750433