

RECEIVED
OCT 15 2019
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway, Albany, NY. 12207-2936 •

---

| | |
|---|---|
| United States Grand Jury[1] (*Status: sovereign*[2]) Tribunal, the People<br><br>- against -<br><br>United States Supreme Court, Federal Judiciary, U.S. Senate, and U.S. House of Representatives (*Status: clipped sovereignty*)<br><br>Defendants | **JURISDICTION**: Court of Record[3]<br>Law Case No. <u>1776-1789-1791-2019</u><br>Depository Case No. <u>1:16-CV-1490</u><br>Administrator: <u>Grand Jury Foreman</u><br><br>**INFORMATION**<br>**&**<br>**WRIT MANDAMUS**<br><br>Copied: President Trump & AG William Barr |

## SOVEREIGNS OF THE COURT ARE THE AUTHORS OF THE LAW

The United States Supreme court and the federal judiciary are creatures of the law.[4] "*The sovereignty of a state does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion Sovereignty, then in this country, abides with the constituency, and not with the agent; and this remark is true, both in reference to the federal and state government.*"[5] "*The very meaning of sovereignty is that the decree of the sovereign makes law.*"[6] "*We the people of the United States... ordained and establish this*

---

[1] **The UUSCLGJ** is comprised of fifty Grand Juries each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverters both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] "'Sovereignty' means that the decree of sovereign makes law, and foreign courts cannot condemn influences persuading sovereign to make the decree." Moscow Fire Ins. Co. of Moscow, Russia v. Bank of New York & Trust Co., 294 N.Y.S. 648, 662, 161 Misc. 903. The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

[3] "A **Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] **US Constitution Article III Section 1**: The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behavior.

[5] Spooner v. McConnell, 22 F 939 @ 943

[6] American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.

*Constitution for the United States of America,*"[7] thereby, We the People authorized judicial power in cases of law and equity.[8] We "DID NOT" authorize judicial power in civil law cases. Federal Rule No. 2 changes nothing. "Where rights secured by the Constitution are involved, <u>there can be no rule making or legislation which would abrogate them</u>."[9] Federal court judges, via judicial machinery, under the subversive rule 2 committed fraud on the court and thereby concealed courts of Law, a/k/a Common Law Courts under the guise of civil and criminal courts.

## EQUITY & LAW v. CIVIL LAW
*Article I Section 2 We the People ordained and established Law and equity jurisdictions*
*We did not ordained and establish civil law jurisdiction.*

Courts' of equity proceed according to the federal rules. Courts' of Law proceed according to the course of the common law and are governed by its rules and principles, aka maxims, as contrasted with a "court of equity." Courts' of Law are governed by natures God. Equity courts are presided over by an appointed or elected judge, whereas courts of Law, a/k/a courts of record,[10] are presided over by the People themselves, who are free, independent and untainted.

*"Civil Law, Roman Law and Roman Civil Law are convertible phrases, meaning the same system of jurisprudence; that rule of action which every particular nation, commonwealth, or city has established peculiarly for itself; more properly called "municipal" law, to distinguish it from the "law of nature," and from international law."*[11] Courts that proceeds under civil law via Federal Rule 2, which is in conflict with 28 USC §2072, proceed in jurisdictions unknown and thereby all court participants forfeit immunity.

## OUR RIGHT TO JUDGE IS WITHOUT PERMISSION
## THIS IS OUR HISTORY - THIS IS OUR HERITAGE

*"Civil rights are rights appertaining to a person in virtue of his citizenship in a state or community."*[12] Whereas, unalienable rights are gifted by our Creator and, unlike People gifted by a state, We the

---

[7] United States Constitution Preamble
[8] **US Constitution Article III Section 2:** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States.
[9] Miranda v. Arizona, 384 US 436, 491.
[10] **COURT OF RECORD:** A judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it Proceeding according to the course of common law Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689
[11] Bowyer, Mod. Civil Law, 19; Sevier v. Riley, 189. Cal. 170, 244 P. 323, 325.
[12] State of Iowa v. Railroad Co., C.C.Iowa, 37 F. 498, 3 L.R.A. 554; State v. Powers, 51 N.J.L. 432, 17 A. 969.

People have been providentially provided legal recourse to address the criminal conduct of the Judiciary ourselves, entrusted via Natural Law, to dispense justice;

- We the People ordained and established the Constitution for the United States of America.[13]
- We the People vested Congress with statute making powers.[14]
- We the People defined and limited Congresses power of law making.[15]
- We the People ordained limited law making powers via the Constitution.[16]
- We the People did not vest the Judiciary with law making powers.
- We the People in ALL Courts of Law are Free and Independent Jurists independent from the Judiciary.[17]
- In 1215AD, <u>twenty-five (25) freemen</u> (*1st recorded Grand Jury*) <u>assembled themselves</u> in the name of the "Sureties of the Peace" and stood-up <u>to restore their Natural Law Courts of Justice</u>, thereby taking back their island nation England that was subverted by a tyrant king.
- In 1776 fifty-six (56) unalienable sovereigns assembled themselves in the name of "We the People" stood-up to restore their Natural Law Courts of Justice, thereby taking back their Thirteen American Colonies that were subverted by a tyrant king.
- Today 7,840 Grand Jurists (and growing) assembled themselves, from every State of this Union in the name of "We the People" to stand and restore our Natural Law Courts of Justice, thereby taking back these Fifty United States of America that were subverted by the federal judiciary.

In the U.S. Supreme Court case of United States v. Williams[18], Justice Antonin Scalia, writing for the majority, confirmed that *"the American grand jury is neither part of the judicial, executive nor*

---

[13] We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America. Preamble.

[14] **Article I Section 1:** ALL LEGISLATIVE POWERS herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

[15] **Article I Section 8:** To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.

[16] "Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition and limitation of power..." [Yick Wo v. Hopkins, 118 US 356, 370 Quotiens dubia interpretatio libertatis est, secundum libertatem respondendum erit].

[17] Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689; *"judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law.*

[18] 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352 (1992).

*legislative branches of government, but instead belongs to the people. It is in effect a fourth branch of government "governed" and administered to directly by and on behalf of the American people, and its authority emanates from the Bill of Rights. Thus, [People] have the unbridled right to empanel their own grand juries and present "True Bills" of indictment to a court, which is then required to commence a criminal proceeding. Our Founding Fathers presciently thereby created a "buffer" the people may rely upon for justice, when public officials, including judges, criminally violate the law."*

- *The Grand Jury is an institution separate from the courts, over whose functioning the courts do not preside.*[19]
- *"The judiciary has no supervisory judicial authority over the Grand Jury."*[20]
- *"Rooted in long centuries of Anglo-American history," the Grand Jury is mentioned in the Bill of Rights, but not in the body of the Constitution."*[21]
- *"The Grand Jury has not been textually assigned, therefore, to any of the branches described in the first three Articles. It '**is a constitutional fixture in its own right**.'"*[22]
- *"The whole theory of the Grand Jury's function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people."*[23]
- *"Although the Grand Jury **normally operates**, of course, in the courthouse and under judicial auspices, its institutional relationship with the judicial branch has traditionally been, so to speak, at arm's length."*[24]
- *"Judges' direct involvement in the functioning of the Grand Jury has generally been confined to the constitutive one of calling the grand jurors together and administering their oaths of office."*[25]
- *"The Grand Jury's functional independence from the judicial branch is evident both in the scope of its power to investigate criminal wrongdoing, and in the manner in which that power is exercised."*[26]

---

[19] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992)
[20] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992)
[21] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting *Hannah v. Larche,* 363 U.S. 420, 490, 80 S.Ct. 1502, 1544, 4 L.Ed.2d 1307 (1960) (Frankfurter, J., concurring in result).
[22] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting *United States v. Chanen,* 549 F.2d 1306, 1312 (CA91977) (quoting *Nixon v. Sirica,* 159 U.S.App.D.C. 58, 70, n. 54, 487 F.2d 700, 712, n. 54(1973)), cert. denied, 434 U.S. 825, 98 S.Ct. 72, 54 L.Ed.2d 83 (1977).
[23] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting *Stirone v. United States,* 361 U.S. 212, 218, 80 S.Ct. 270, 273, 4 L.Ed.2d 252 (1960); *Hale v. Henkel,* 201 U.S. 43, 61, 26 S. Ct. 370, 373, 50 L.Ed. 652 (1906); G. Edwards The Grand Jury 28-32 (1906).
[24] [24] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992)
[25] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting United States v. Calandra, 414 U.S. 338, 343, 94 S.Ct. 613, 617, 38 L.Ed.2d 561 (1974); Fed.Rule Crim.Proc. 6(a).

- *"Unlike a court, whose jurisdiction is predicated upon a specific case or controversy, the Grand Jury 'can investigate merely on suspicion that the law is being violated, or even because it wants assurance that it is not.'"*[27]
- *"The Grand Jury need not identify the offender it suspects, or even "the precise nature of the offense" it is investigating."*[28]
- *"The Grand Jury requires no authorization from the court to initiate an investigation."*[29]
- *"The Grand Jury generally operates in its day-to-day functioning without the interference of a presiding judge."*[30]
- *"The Grand Jury swears in its own witnesses."*[31]
- *"The Grand Jury deliberates in total secrecy."*[32]
- *"The Grand Jury is free to pursue its investigations unhindered by external influence or supervision so long as it does not trench upon the legitimate rights of any witness called before it."*[33]
- *"The Fifth Amendment's "constitutional guarantee presupposes an investigative body acting independently of either prosecuting attorney or judge."*[34]
- *"The Grand Jury prescribes their own procedures."*[35]
- *"The Grand Jury conducts their inquiries unfettered by technical rules."*[36]
- *"Fifth Amendment common law assures the constitutional right to the judgment of an independent and informed Grand Jury."*[37]

---

[26] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting *United States v. R. Enterprises,* 498 U.S. ----, ----, 111 S.Ct. 722, 726, 112 L.Ed.2d 795 (1991) (quoting *United States v. Morton Salt Co.,* 338 U.S. 632, 642-643, 70 S.Ct. 357, 364, 94 L.Ed. 401 (1950)).

[27] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting *United States v. R. Enterprises,* 498 U.S. ----, ----, 111 S.Ct. 722, 726, 112 L.Ed.2d 795 (1991) (quoting *United States v. Morton Salt Co.,* 338 U.S. 632, 642-643, 70 S.Ct. 357, 364, 94 L.Ed. 401 (1950)).

[28] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting *Blair v. United States,* 250 U.S. 273, 282, 39 S.Ct. 468, 471, 63 L.Ed. 979 (1919).

[29] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting *Hale, supra,* 201 U.S., at 59-60, 65, 26 S.Ct., at 373, 375.

[30] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting *Calandra, supra,* 414 U.S., at 343, 94 S.Ct., at 617.

[31] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting Fed.Rule Crim.Proc. 6(c).

[32] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting *United States v. Sells Engineering, Inc.,* 463 U.S., at 424-425, 103 S.Ct., at 3138.

[33] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting United States v. Dionisio, 410 U.S. 1, 17-18, 93 S.Ct. 764, 773, 35 L.Ed.2d 67 (1973).

[34] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting *Id.,* at 16, 93 S.Ct., at 773 (quoting *Stirone, supra,* 361 U.S., at 218, 80 S.Ct., at 273).

[35] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992).

[36] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting Id.,at 364, 76 S.Ct., at 409.

- *"The Grand Jury's finding of an indictment is only in the nature of an enquiry or accusation, which is afterwards to be tried and determined."*[38]
- *"The only Grand Jury is a "common law" Grand Jury."*[39]
- *"The Fifth Amendment Grand Jury indictments cannot be quashed."*[40]
- *"No case has been cited, nor has the United States Supreme Court been able to find any, furnishing an authority for looking into and revising the judgment of the Grand Jury upon the evidence, for the purpose of determining whether or not the finding was founded upon sufficient proof, or whether there was a deficiency in respect to any part of the complaint."*[41]
- *"It would run counter to the whole history of the Grand Jury institution" to permit an indictment to be challenged "on the ground that there was incompetent or inadequate evidence before the Grand Jury."*[42]

The People are sovereign and have an unalienable right to have "Government by Consent" through free and independent administration of our own Juries. The Grand Jury is a Constitutional Fixture in its Own Right. The judiciary through congresses' BAR written laws and the Judiciary's BAR written rules have subverted and tainted our Juries and hidden our Natural Law Courts' of Record and through this extraordinary case we are determined to restore the common law grand and petit juries.

## FEDERAL JUDICIAL DISDAIN FOR THE PEOPLE

A Chief Judge or Justice (also known as a Presiding Judge or Justice) is the lead judicial administrative officer within any multi-judge court. The Chief Judge works alongside the Clerk of Court in his or her respective court by overseeing the day to day operations of that court.[43] The Common Law Grand Jury has been serving all federal judges in all 94 federal districts. Whereas, some rogue arrogant chief judges have been returning our papers. Therefore, after October 21, 2019, the olive branch extended to

---

[37] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting Wood v. Georgia, 370 U.S. 375, 390, 82 S.Ct. 1364, 1373, 8 L.Ed.2d 569 (1962).
[38] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting 4 W. Blackstone, Commentaries 300 (1769); see also 2 M. Hale, Pleas of the Crown 157 (1st Am. ed. 1847).
[39] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting Cf. Thompson, supra, at 607.
[40] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting People v. Restenblatt, 1 Abb.Prac. 268, 269 (Ct.Gen.Sess.N.Y.1855).
[41] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting *United States v. Reed*, 27 Fed.Cas.727, 738 (No. 16,134) (CCNDNY 1852).
[42] United States v Williams 112 S.Ct. 1735 504 U.S. 36 118 L.Ed.2d 352 (1992) quoting Costello v. United States, 350 U.S. 359, 76 S.Ct. 406, 100 L.Ed. 397 (1956); *Id.*, at 363-364, 76 S.Ct., at 409.
[43] U.S. Legal, "Chief Judge Definition," accessed December 11, 2015; Merriam-Webster Dictionary, "Chief Justice Definition," accessed December 11, 2015.

said chief judges will expire and if these chief judges do not send us a certified copy of their oaths and provide a non-statutory form that provides for the Peoples' access to Natural Law courts without cost as per the Supreme Law of the Land we shall be forced to pursue indictments against them for conspiracy, treason, and concealment.

Furthermore, We the People await the United States Supreme Court to honor their oath to support and defend the Constitution For the United States of America by putting your judicial house in order. Once we reach critical mass the olive-branch will expire and we will pursue indictment for conspiracy to commit treason and concealment[44] against the Justices of the United States Supreme Court.

ORDERED:   THE UNITED STATES SUPREME COURT is to honor their oaths of office, let our People go from your jurisdictions unknown, and reinstate our Natural Law Courts of Justice that you have concealed since 1938.

ALL FEDERAL DISTRICT COURT JUDGES are to send the Common Law Grand Jury a certified copy of their oaths.

ALL FEDERAL DISTRICT COURT CHIEF JUDGES are to provide a non-statutory form that provides for the Peoples' access to "Natural Law Courts" without cost as per the Supreme Law of the Land.

SEAL         October 7, 2019



Grand Jury Foreman

---

[44] 18 USC § 2071: Concealment, removal, or mutilation generally (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, *falsifies, or* destroys the same, shall be fined under this title or imprisoned not more than three years, or both; *and shall forfeit his office* and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

UUS Common Law Grand Jury
P.O. Box 59
Valhalla, NY 10595



Chief Judge
United States District Court
for the District of Alaska
222 W. Seventh Avenue
Anchorage, AK 99513-9513