## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES GRAND JURY,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>UNITED STATES SUPREME COURT, *et al.*,<br><br>                  Defendants. | Case No. 3:19-mc-00029-TMB |

### **ORDER OF DISMISSAL**

On August 22, 2019, a pleading titled "Declaration of Restoration of the Law and the Land" was filed with this Court. The plaintiff describes itself as "United States Grand Jury (*Status: sovereign*) tribunal, the People." No individual or legally recognizable entity is listed.[1] The pleading names the United States Supreme Court, Federal Judiciary, U.S. Senate, and U.S. House of Representatives (*Status: clipped sovereignty*) as defendants.

---

[1] An internet search shows this pleading document and its accompanying documents to be posted on a website for a group called the "National Liberty Alliance." The National Liberty Alliance describes its mission and purpose as "to provide an on line National Venue where the People can organize, communicate, and learn the 'science of government by consent'!" The website also features a "DISCLAIMER: - WE ARE NOT PART OF THE SOVEREIGN CITIZEN MOVEMENT." However, the Court does take judicial notice of similarities between this group's activities and ideologies and facets of the sovereign citizen movement. Judicial notice is the "court's acceptance, for purposes of convenience and without requiring a party's proof, of a well-known and indisputable fact; the court's power to accept such a fact." *Black's Law Dictionary* (10th ed. 2014); *see also* Caesar Kalinowski IV, *A Legal Response to the Sovereign Citizen Movement*, 80 Mont. L. Rev. 153 (2019).

The fifty-seven-page document, and the two accompanying attachments, present an extensive discussion of theories and demands. The pleading declares that:

> The grand Jury (the People) decide if a crime has been committed. All criminal prosecutions are to be decided by a jury (the People) in a Natural law Court such as this and not be a chancellor or judge in an equity court. The decisions of this court cannot be reexamined in any Court of the United States.[2]

The pleading further alleges that:

> The Unified United States Common Law Grand Jury (UUSCLGJ) is comprised of fifty Unified United State Common Law Grand Juries (UUSCLGJ's), each unified amongst the counties within their respective States that were overwhelmingly unified by reconstituting Common Law Grand Juries in all 3,133 United States counties. All fifty States have unified nationally as an assembly of thousands of People in the name of We the People to suppress, through our Courts of Justice, enemies both foreign and domestic within our governments. This unified Grand Jury via Tribunal will remain in session until we secure the nation from the tyrants at large and reinstate our Constitution.[3]

The pleading alleges a large bulleted list of allegations committed by "The United States Supreme Court, Federal Judiciary, US House of Representatives,

---

[2] Docket 1 at 9.

[3] Docket 1 at 12.

3:19-mc-00029-TMB, *United States Grand Jury v. United States Supreme Court, et al.*
Order of Dismissal
Page 2 of 13

and US Senate in collusion with deep state[-]controlled agencies[.]"[4] Additionally, the pleading alleges that:

> the American BAR Association (ABA) have infiltrated our government at every level and played a pivotal role in the abrogation of common law, a/k/a Natural Law, in the United States by conspiring with the Judiciary and Congress for the construction of law thereby seizing control of all government official narratives on law. If the People dare to correct or challenge bureaucrat lawlessness, they are met by swarms of BAR lawyers and all too often swarms of law enforcement agents.[5]

Further the pleading alleges that the "federal judiciary has seized powers not delegated them" and challenges the veracity of the Fourteenth, Sixteen, and Seventeenth Amendments of the U.S. Constitution.[6]

The pleading then outlines the numerous documents and pleadings filed and "served" since May 2015 through the present day. Importantly, the pleading states:

> On December 14, 2016, We the People filed an action against the defendants in the United States District Court for the Northern District of New York, and that also served as a depository for Grand jury documents so as to proceed under the judicial auspices of the court, and marked the official beginning of the trial. And this filing is the end of that trial being a Writ demanding restoration of the law of the land via a Decision & Order by the Common Law Tribunal. . . .

---

[4] Docket 1 at 18-22.

[5] Docket 1 at 23-28.

[6] Docket 1 at 28-31.

3:19-mc-00029-TMB, *United States Grand Jury v. United States Supreme Court, et al.*
Order of Dismissal
Page 3 of 13

> As the Judiciary always does, they concealed our Natural Law Court, EXTORTED a fee for the opening of a Court of Record and then transported our Court of Justice to a de facto quasi-court of injustice operating under jurisdictions unknown.

The pleading does not make a prayer for relief from this Court. Instead, it makes an enumerated list of orders to Congress, including: (1) "To impeach and remove ALL judges that are in bad behavior"; (2) "To show by what Constitutional authority they act when they propose legislation"; (3) to legislate that the Constitution and civics to be taught in school; (4) "restore the original 13th Amendment"; (5) "repeal the 17th Amendment"; (6) "clarify that the 16th Amendment . . . does not and cannot authorize a direct tax"; (7) "to repeal all legislation that subjects the People to government authority"; (8) "provide law and funds to properly secure our borders"; (9) "to make regular not restrict commerce with foreign nations, and among the several states, and with the Indian tribes"; (10) "to coin money"; (11) "to coin only gold or silver"; (12) "not to turn over control of our post offices to foreign control"; (13) "to cease taking money from special interest groups for a favorable vote . . . . To sell your vote and soul to the highest bidder is hereinafter a bride thereby a felony"; and (14) "Senate decisions need only a majority vote to pass."[7]

---

[7] Docket 1 at 55-56.

The pleading concludes with the statement "that any resistance, mutilation or returned documents (filing) will be answered with Indictments."[8] The pleading is signed by a indecipherable signature only identified as the "Jury Foreman, National Jury Tribunal" and features a "seal" of the Unified United States Grand Jury stating "lex naturalis dei gratia" which roughly translates to "Natural Law by the Grace of God."[9]

The envelope shows the return address as UUS Common Law Grand Jury and with a post office box in Valhalla, New York.[10] No individual or legal identity is discernable. The "cover sheet" appears to be self-created and is not a form provided by any Court.[11] Additionally, the cover sheet and the top sheets of the pleadings indicate that this is a pleading or suit intended to be filed in the United States District Court for the Northern District of New York. The second attachment is a letter addressed to the Clerk of stating: "This is a non-statutory extraordinary action for an extraordinary remedy under the Common Law and being non-statutory no fee is required."[12]

---

[8] Docket 1 at 56.

[9] Docket 1 at 56 (The Court takes judicial notice this is the same motto featured on the banner image of the National Liberty Alliance website, *see* nationallibertyalliance.org.).

[10] Docket 1 at 57.

[11] Docket 1-1.

[12] Docket 1-2.

3:19-mc-00029-TMB, *United States Grand Jury v. United States Supreme Court, et al.*
Order of Dismissal
Page 5 of 13

## LEGAL STANDARD

The United States Supreme Court has established that "the federal courts are under an independent obligation to examine their own jurisdiction[.]"[13] In a federal court proceeding, a jurisdictional defect may be raised at any time.[14]

## DISCUSSION

Private citizens cannot invoke criminal statutes and pursue criminal charges against others. Additionally, only an Article III court can convene a grand jury. For the reasons discussed below, the Court lacks subject matter jurisdiction and cannot extend its jurisdiction for this matter. Therefore, this matter must be dismissed.

### I. Private Citizens Cannot Commence Criminal Actions

The pleading describes itself as a "We the People Unified United States Common Law Grand Jury"[15] and "United States Grand Jury (*Status: sovereign*) Tribunal, the People.[16] Beyond its requested "orders" to Congress, this entity invokes several federal criminal statues, as if it seeks to indict numerous government officials and governmental bodies for criminal prosecution. A private

---

[13] *United States v. Hays*, 515 U.S. 737, 742 (1995).

[14] *Washington Environmental Council v. Bellon*, 732 F.3d 1131, 1139 (9th Cir. 2013).

[15] Docket 1 at 1.

[16] Docket 1 at 7.

citizen, or in this case an alleged group of private citizens, "lacks a judicially cognizable interest in the prosecution or nonprosecution of another."[17]  "As a general rule, individuals lack standing to intervene in criminal prosecutions."[18]

Similarly, a private citizen or group cannot commence a federal criminal action.  As formalized by the Congress in 1875 and now codified in the Federal Rules of Criminal Procedure, only a court may convene a federal grand jury for the vetting and evaluation of federal crimes.[19]  An extra-judicial or "common law" grand jury has no actual or functional authority and stands in contradiction to historical and modern federal law.[20]  Accordingly, the Court cannot preside, accept, or

---

[17] *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973).

[18] *United States v. Van Dyck*, 866 F.3d 1130, 1133 (9th Cir. 2017).

[19] 1 Rev. Stat. 88 § 810 (1875) ("No grand jury shall be summoned to attend any circuit or district court unless one of the judges of such circuit court, or the judge of such district, in his own discretion, or upon a notification by the district attorney that such jury will be needed, orders a venue to issue therefor.  And either of the said courts may in term order a grand jury to be summoned at such time, and to serve such time as it may direct, whenever, in its judgment, it may be proper to do so."); *see generally Reynolds v. United States*, 98 U.S. 145 (1878); Fed. R. Crim. P. 6 ("When the public interest so requires, the court must order that one or more grand juries be summoned.").

[20] *Id.*

condone a "grand jury" convened by private individuals or criminal actions commenced or pursued by private individuals.

II. Subject Matter Jurisdiction

Even if the Court construes the pleading as a civil matter, the Court lacks subject matter jurisdiction. Jurisdiction is "[a] court's power to decide a case or issue a decree."[21] A court's subject matter jurisdiction is its "statutory or constitutional power to adjudicate a case."[22] As a federal court, this Court has limited subject matter jurisdiction. It possesses "only that power authorized by the Constitution and statute."[23] This means that the Court has the authority to hear only specified types of cases.[24] "In civil cases, subject matter jurisdiction is generally conferred upon federal district courts either through diversity jurisdiction, 28 U.S.C. § 1332, or federal question jurisdiction, 28 U.S.C. § 1331."[25]

---

[21] *Black's Law Dictionary* (9th ed. 2009) (definition of "jurisdiction").

[22] *Steel Co. v. Citizens for Better Environment,* 523 U.S. 83, 89 (1998).

[23] *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (citations omitted); *see also, e.g. A-Z Intern. v. Phillips*, 323 F.3d 1141, 1145 (9th Cir. 2003).

[24] *See, e.g., United States v. Marks*, 530 F.3d 779, 810 (9th Cir. 2008), citing *DaimlerChrysler v. Cuno*, 547 U.S. 332, 342 (2006); *United States v. Sumner*, 226 F.3d 1005, 1010 (9th Cir. 2000).

[25] *Peralta v. Hispanic Bus., Inc.*, 419 F.3d 1064, 1068 (9th Cir. 2005).

Federal question jurisdiction gives a federal court the authority to consider cases brought under the United States Constitution or federal statutes.[26] The pleading does not cite or allege facts that would support a viable federal constitutional or statutory claim.[27] As previously discussed, a private individual or group cannot invoke criminal statutes as a cause of action. Because the pleading does not clearly describe a violation of the U.S. Constitution or a federal statute that is redressable by a private citizen in federal court, this Court does not appear have federal question jurisdiction over this case.

Diversity jurisdiction requires that the plaintiff has "citizenship which is diverse from that of every defendant" and an amount in controversy greater than $75,000.[28] This means that this Court could have subject matter jurisdiction over a case (including one involving only state law issues) when the plaintiff demonstrates that she is a citizen of a different state than the citizenship of each of the defendants.[29] However, if any defendant is a citizen of the same state as

---

[26] 28 U.S.C. § 1331.

[27] *See* Docket 1.

[28] 28 U.S.C. § 1332; *See Cook v. AVI Casino Enterprises, Inc.*, 548 F.3d 718, 722 (9th Cir. 2008) (quoting *Caterpillar, Inc. v. Lewis*, 519 U.S. 61, 68 (1996) (diversity jurisdiction requires "complete diversity of citizenship")).

[29] *Id.* (quoting *Kokkonen*, 511 U.S. at 377).

3:19-mc-00029-TMB, *United States Grand Jury v. United States Supreme Court, et al.*
Order of Dismissal
Page 9 of 13

the plaintiff, then no diversity jurisdiction exists.[30] The pleading does not formally establish citizenship.[31] More importantly, the pleading does not request damages, only injunctive relief in the form of specific actions to be taken by Congress. Therefore, this Court does not have diversity jurisdiction over this action, regardless of the amount in controversy alleged.

Based on the foregoing, the Court does not have subject matter jurisdiction over this matter.

III. <u>Futility</u>

Because an individual or group of individuals do not have a private cause of action to enforce criminal statutes, no amendment of either law or fact can create a viable cause of action.

IV. <u>"Writs of Mandamus and Information" at Dockets 4 & 5</u>

The Plaintiff has filed two documents titled "Writ Mandamus & Information" and "Information & Writ Mandamus" at Dockets 4 and 5, respectively. A writ of mandamus is "an order by the court compelling a judge, public official, or corporation to perform a ministerial duty required by law or custom. Mandamus

---

[30] *Id.*

[31] *See* Docket 1.

cannot be used to order a particular outcome from the use of discretion[.]"[32] As the Supreme Court has clearly established: "The common-law writ of mandamus, as codified in 28 U.S.C. § 1361, is intended to provide a remedy for a plaintiff only if he has exhausted all other avenues of relief and only if the defendant owes him a clear nondiscretionary duty."[33]

At Docket 4, the request for relief is "Congressman, Senators, Judges, and all appointed and employed bureaucrats are commanded to honor their oath to guarantee a "REPUBLICAN FORM OF GOVERNMENT" and stop trying to convince the average voter that we are a democracy, the NWO is DOA."[34] At Docket 5, the request for relief is:

> **THE UNITED STATES SUPREME COURT** is to honor their oaths of office, let our People go from your jurisdictions unknown, and reinstate our Natural Law Courts of Justice that you have concealed since 1938.
>
> **ALL FEDERAL DISTRICT COURT JUDGES** are to send the Common Law Grand Jury a certified copy of their oaths.

---

[32] "Mandamus," *Bouvier's Law Dictionary*, (Desk ed. Vol. II 2012); *see also Black's Law Dictionary*, (11th ed. 2019).

[33] *Heckler v. Ringer*, 466 U.S. 602, 616 (1984).

[34] Docket 4 at 5.

3:19-mc-00029-TMB, *United States Grand Jury v. United States Supreme Court, et al.*
Order of Dismissal
Page 11 of 13

> **ALL FEDERAL DISTRICT COURT CHIEF JUDGES** are to provide a non-statutory form that provides for the Peoples' access to "Natural Law Courts" without cost as per the Supreme Law of the Land.[35]

Neither "writs" request relief regarding the specific ministerial duty of a specific individual. Instead, these documents request broad orders to command public officials to stop using certain terms when discussing government, remake the jurisdiction of the United States Supreme Court as established by the U.S. Constitution, send certified copies of judicial oaths, and create a special form for access to "Natural Law Courts" that exempts (presumably the plaintiff and associated future filers) from paying court fees and the procedural requirements of the federal courts. These documents do not allege an officer, agency, or employee of the United States and a performance duty owed to the plaintiff that would establish this Court's jurisdiction of a writ of mandamus. These documents do not meet the functional requirements, even liberally construed, to be writs of mandamus. The documents would be best classified as voicing political grievances, which cannot be addressed by the Court.

Accordingly, these documents are not writs of mandamus and present no claims over which this Court may have jurisdiction.

---

[35] Docket 5 at 7.

**IT IS THEREFORE ORDERED:**

1. The Court **DISMISSES** the pleading with prejudice.

2. The unknown party or parties have also submitted a "Decision & Order Obey the Law of the Land" at Docket 3. This is a filing by an unidentified, self-represented litigant or group of self-represented litigants. The Clerk of Court is directed to indicate this is a filing by a self-represented litigant by placing a watermark on the filing stating: "VOID: THIS IS NOT A VALID COURT ORDER. IT IS A FILING BY A SELF-REPRESENTED LITIGANT."

3. The Clerk of Court is directed to enter a final judgment accordingly.

DATED at Anchorage, Alaska, this 21st day of October, 2019.

/s/ *Timothy M. Burgess*
TIMOTHY BURGESS
UNITED STATES DISTRICT JUDGE