# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES GRAND JURY,
    Plaintiff,

Case Number 3:19-mc-00029-TMB

v.

UNITED STATES SUPREME COURT,
et al.,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

  **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **DECISION BY COURT**. This action came before the Court and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is dismissed with prejudice.

APPROVED:

 s/TIMOTHY M. BURGESS
United States District Judge

Date: October 21, 2019

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*

   JENNIFER GAMBLE
Jennifer Gamble, Acting Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}