# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK
• 445 Broadway, Albany, NY. 12207-2936

*RECEIVED NOV 07 2019 U.S. DISTRICT COURT ANCHORAGE, A.K.*

| | |
|---|---|
| United States Grand Jury[1] (*Status: sovereign*[2])<br>Tribunal, the People<br><br>- against -<br><br>United States Supreme Court, Federal Judiciary, U.S. Senate, and U.S. House of Representatives<br>(*Status: clipped sovereignty*)<br><br>Defendants | **JURISDICTION**: Court of Record[3]<br>Law Case No. <u>1776-1789-1791-2019</u><br>Depository Case No. <u>1:16-CV-1490</u><br>Administrator: <u>Grand Jury Foreman</u><br><br>**FIRST NOTICE OF JOINDERS<br>EXTRAORDINARY ACTIONS<br>MOVED FOR CAUSE<br>DECISION & ORDER**<br>Copied: President Trump & AG William Barr |

"We the People" have been providentially entrusted via Natural Law to dispense justice and were provided legal recourse to address the criminal conduct of the Judiciary and our Representatives. The Common Law Grand Jury being the Sureties of the Peace having the unbridled right by law and in law to empanel their own grand juries and present True Bills of information, indictments and presentments to a Court of Justice which is then required to commence a criminal proceeding under Natural Law. Therefore, *"if anyone has been dispossessed without the legal judgment of his peers, from his lands, castles, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then let it be decided by the jurors for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government we will immediately grant full justice therein."*[4]

Whereas, the American Bar Association's "Enabling Act of 1934" in acts of delusion covertly passed by the ABA controlled Congress, enabled the ABA controlled United States Supreme Court, and the ninety-four ABA controlled Federal District Courts to conceal and subvert all Natural Law Courts via

---

[1] **The UUSCLGJ** is comprised of fifty Grand Juries each unified amongst the counties within their respective States. All fifty States have unified nationally as an assembly of Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverters both foreign and domestic acting under color of law within our governments. States were unified by re-constituting all 3,133 United States counties.

[2] "'Sovereignty' means that the decree of sovereign makes law, and foreign courts cannot condemn influences persuading sovereign to make the decree." Moscow Fire Ins. Co. of Moscow, Russia v. Bank of New York & Trust Co., 294 N.Y.S. 648, 662, 161 Misc. 903. The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7.

[3] "**A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[4] Magna Carta Paragraph 52

the unconstitutional repugnant Rule #2 that is already rendered of "No force or effect as per §2072(b) that states *"Such rules shall not abridge, enlarge or modify any substantive right. All laws in conflict with such rules shall be of no further force or effect, after such rules have taken effect."*

The aforesaid abomination allowed for all fifty ABA controlled state courts, all ABA controlled county courts, all ABA controlled city courts, all ABA controlled town courts, and all ABA controlled village courts which have incorporated as a municipality, as did the United States Government via the "Organic Act of 1871," in order to follow suit in concealing and subverting Natural Law Courts and the Law of the Land under the guise of municipal law, a/k/a civil law, repugnant to the Law of the Land and in so doing provided the political stage for Corporatism.[5]

Whereas, in these de-facto civil law courts' of injustice the People find themselves in Jurisdictions unknown, stripped of their unalienable rights, fleeced of their money and property, homeless in the Land that our founding fathers fought to secure, and jailed or institutionalized as mentally disturbed if they resist.

Wherefore, the following cases are moved to the above said court for cause where the People will find Justice in a "Natural Law Court of Record" by joining their cases "For-Cause" where We the People via the Common Law Grand Jury and the Common Law Petit Jury will restore the Peoples' losses and damages, seeking justice via Orders and Indictments against all "Civil Law Arrogant Tyrant Judges" who falsely think they rule over their masters by some divine right!

| | |
|---|---|
| Birsen, James case no. 18090015.01 | Paul, Randy case no. 2008CV000524 |
| Gregerson, case no. Debra17CV238 | Wilson, Gale case no. 13-FA-15-49 |
| Nadler, Joel case no. 18 CM 322 | Paul, Randy case no. 2010CV003948 |
| Paul, Randy case no. 2008CV000210 | Seprhry Fareed case no. 17CV314286 |

*For copies of the above files go to pacer or https://www.nationallibertyalliance.org/action-against-judiciary*

Tribunal herein nullifies repugnant and subversive Rule 2 and accepts the above said joinders for cause.

IT IS SO ORDERED    October 25, 2019
Albany, New York



Jury Foreman
Natural Law Tribunal

---

[5] CORPORATISM [Webster] the organization of a society into industrial and professional corporations serving as organs of political representation and exercising control over persons and activities within their jurisdiction

UUS Common Law Grand Jury
P.O. Box 59
Valhalla, NY 10595



BOSTON MA 021

04 NOV 2019 PM 10 L

Chief Judge
United States District Court
for the District of Alaska
222 W. Seventh Avenue
Anchorage, AK 99513-9513