# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES GRAND JURY,<br>　　　　　　Plaintiffs,<br>　vs.<br>UNITED STATES SUPREME COURT, *et al.*,<br>　　　　　　Defendants. | Case No. 3:19-mc-00029-TMB |

## ORDER

On August 22, 2019, a pleading titled "Declaration of Restoration of the Law and the Land" was filed with this Court.[1] The plaintiff described itself as "United States Grand Jury (*Status: sovereign*) tribunal, the People." No individual or legally recognizable entity was listed.[2] The pleading named the United States Supreme Court, Federal Judiciary, U.S. Senate, and U.S. House of Representatives (*Status: clipped sovereignty*) as defendants.

---

[1] Docket 1.

[2] An internet search shows this pleading document and its accompanying documents to be posted on a website for a group called the "National Liberty Alliance." The National Liberty Alliance describes its mission and purpose as "to provide an on line National Venue where the People can organize, communicate, and learn the 'science of government by consent'!" The website also features a "DISCLAIMER: - WE ARE NOT PART OF THE SOVEREIGN CITIZEN MOVEMENT." However, the Court does take judicial notice of similarities between this group's activities and ideologies and facets of the sovereign citizen movement. Judicial notice is the "court's acceptance, for purposes of convenience and without requiring a party's proof, of a well-known and indisputable fact; the court's power to accept such a fact." *Black's Law Dictionary* (10th ed. 2014); *see also* Caesar Kalinowski IV, *A Legal Response to the Sovereign Citizen Movement*, 80 Mont. L. Rev. 153 (2019).

On October 21, 2019, the Court issued an Order and Judgment, which dismissed the case with prejudice.[3] On November 8, 2019, the unknown plaintiff filed a document titled "First Notice of Joinders Extraordinary Actions Moved for Cause Decision & Order."[4]

This case is closed and a final judgment has been entered. The time for a Motion for Reconsideration has passed.[5]

No further filings will be accepted. The Clerk of Court is ordered to return any filings in this case to its sender.

**IT IS SO ORDERED.**

DATED at Anchorage, Alaska, this 3rd day of December, 2019.

/s/ *Timothy M. Burgess*
TIMOTHY BURGESS
UNITED STATES DISTRICT JUDGE

---

[3] Dockets 6-7.

[4] Docket 8.

[5] Fed. R. Civ. P. 59(e) ("Motion to Alter or Amend a Judgment. A motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment.").

3:19-mc-00029-TMB, *United States Grand Jury v. United States Supreme Court, et al.*
Order
Page 2 of 2